ORIGINAL

FILED
NOV 10 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC.<br>Plaintiff, | ) | |
| v. | ) | No. 05-1193C |
| THE UNITED STATES,<br>Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

U.S. Security Services, Inc., a Delaware corporation, is the parent of Plaintiff Arko Executives Services, Inc., a Georgia corporation No publicly held corporation owns 10% or more of the stock of either of these corporations.

Respectfully submitted,

Michael J. Shea, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 383-0161
Fax: (202) 637-3593
Attorney for Plaintiff

Dated this 10th day of November 2005



WO 440515.1