# In The United States Court of Federal Claims

No. 05-1193 C

(Filed: December 23, 2005)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 22, 2005, the court received a notice of appearance from defendant in paper form. This case was designated as an electronic case. Accordingly, the Clerk is directed to return the notice of appearance to defendant, and defendant is directed to file this notice of appearance and all further pleadings electronically.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge