IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKO EXECUTIVE SERVICES, INC., | |
| Plaintiff, | |
| v. | No. 05-1193C (Judge Allegra) |
| UNITED STATES, | |
| Defendant. | |

DEFENDANT'S MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 45-day enlargement of time within which to respond to plaintiff's complaint. The Government's response is currently due on January 9, 2006. The extension would bring the date for responding to the complaint to February 23, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is opposed to this motion.

The requested enlargement of time is necessary because the interested agency, the Department of State, has not had sufficient time to prepare a litigation report, as required by 28 U.S.C. § 520. According to the agency, most if not all of the relevant documents in this case are located in Cyprus. It will take additional

time for the appropriate officials in Cyprus to gather these documents, send them to the appropriate officials in the United States, and for the Department of State to prepare the litigation report. The 45-day enlargement is necessary to allow sufficient time for the agency to gather relevant documents, prepare the litigation report, and for defendant's counsel to review the litigation report and prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 45 days, to and including February 23, 2006, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

January 6, 2006

Attorneys for Defendant