# In The United States Court of Federal Claims

No. 05-1193C

(Filed: January 11, 2005)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 6, 2006, defendant filed a motion for an enlargement of time until February 23, 2006, to respond to plaintiff's complaint. Plaintiff takes no position on the motion. Defendant's motion is hereby **GRANTED,** in part, and **DENIED,** in part. On or before March 10, 2006, defendant shall file its answer. No further enlargements of this deadline will be granted for any reason.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge