# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1193C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR ENLARGEMENT

Counsel for plaintiff, upon consideration of the reasons for enlargement of time as set forth by defendant's motion, no longer opposes the extension requested and has no objection to the motion being granted.

Respectfully submitted,

/s/ Michael J. Shea
Michael J. Shea
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593
Attorney for Plaintiff

Dated this 13th day of January 2006

Of Counsel:
Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
(202) 383-0140