**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARKO EXECUTIVE SERVICES, INC.** **Plaintiff,** | ) | |
| v. | ) | **No. 05-1193C** **(Judge Allegra)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff, Arko Executive Services, Inc., respectfully requests a 7-day enlargement of time for the parties to submit a Joint Preliminary Status Report. The Joint Preliminary Status Report is currently due on April 24, 2006. The extension would bring the date for filing the Joint Preliminary Status Report to May 1, 2006. This is plaintiff's first request for an enlargement of time for this purpose. Counsel for defendant concurs with the request.

Counsel for the parties have met and a draft of the report has been prepared. Significant progress was made at the meeting in connection with the matters to be reported in the Joint Preliminary Status Report. The requested enlargement of time is necessary to allow finalization of the report and to obtain appropriate clearances of the draft report. It is expected that the required clearances can be obtained within the one week period requested.

For the above reason, plaintiff respectfully requests that the Court grant plaintiff's motion for an enlargement of time of 7 days, to and including May 1, 2006, for the parties to file the Joint Preliminary Status Report.

Respectfully submitted,

MICHAEL J. SHEA
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593

Of Counsel:
Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0140
Fax: (202) 637-3593

Dated this 21st day of April 2006

CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's Motion for Enlargement has been served this date by email to Michael J. Dierberg, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, as counsel for defendant.

MICHAEL J. SHEA
Attorney for Plaintiff