Appendix A