**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARKO EXECUTIVE SERVICES, INC.** **Plaintiff,** | ) | |
| v. | ) | **No. 05-1193C** **(Judge Allegra)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR CONSOLIDATION OF ACTIONS**

Pursuant to RCFC 7(b) and 42(a), Plaintiff Arko Executive Services, Inc. ("ARKO"), respectfully moves this Court to consolidate Arko Executive Services, Inc. v. United States, Court of Federal Claims No. 06-296C, filed April 14, 2006, with this action, filed November 10, 2005. In support of this motion, Plaintiff relies upon the pleadings in these two actions and the following brief.

**PLAINTIFF'S BRIEF**

On November 10, 2005, Plaintiff ARKO filed its complaint in this action, appealing from the final decision of the Contracting Officer, dated March 18, 2005, which, in effect, directed that Plaintiff's entitlement to compensation for providing guard services for the American Embassy in Nicosia, Cyprus after March 31, 2005, shall be determined in accordance with FAR 52.217-8 OPTION TO EXTEND SERVICES, and denied Plaintiff's claim that Plaintiff was entitled to compensation for providing such guard services in accordance with FAR 52.237(d) CONTINUITY OF SERVICE.

In this recently filed action in No. 06-296C, Plaintiff appeals from a March 21, 2006 decision of the same Contracting Officer under the same contract again directing, in effect, that

Plaintiff shall be compensated for providing the guard services after March 31, 2005 in accordance with FAR 52.217-8 and denying Plaintiff's claim for reimbursement for providing guard services subsequent to March 31, 2005 in accordance with FAR 52.237(d) in the amount of $184,010.10.

Both actions arise out of the same circumstances and the same contract. Both actions seek a determination regarding the validity of Modification No. 21 to the contract, issued unilaterally by the Contracting Officer and restricting Plaintiff's right to compensation for guard services performed by Plaintiff subsequent to March 31, 2005.

A consolidation of these two actions will not prejudice any substantial right of either party to the actions and will reduce the time and expense incurred by the parties and the Court in the litigation of these matters.

**CONCLUSION**

For these reasons, Plaintiff respectfully requests that this Motion for Consolidation of Actions be granted.

Respectfully submitted,

MICHAEL J. SHEA
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593

Of Counsel:
Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0140
Fax: (202) 637-3593

Dated this 11th day of May, 2006