# In The United States Court of Federal Claims

No. 05-1193C

(Filed: May 12, 2006)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 11, 2006, plaintiff filed a motion to consolidate this case with *Arko Executive Services, Inc. v. United States*, Case No. 06-0296C. That complaint, filed on April 14, 2006, arises out of the same contract and circumstances. Therefore, pursuant to RCFC 42(a), the motion is hereby **granted**. The Clerk is directed to consolidate *Arko Executive Services, Inc. v. United States*, Case No. 06-0296C, with this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge