# In The United States Court of Federal Claims

Nos. 05-1193C, 06-0296C

(Filed: May 12, 2006)

---

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic preliminary status conference was held in this case on Wednesday, May 10, 2006. Participating in the conference were Michael Shea, on behalf of plaintiff, and Michael Dierberg, on behalf of defendant.

On May 11, 2006, plaintiff filed a motion to consolidate this case with *Arko Executive Services, Inc. v. United States*, No. 06-0296. That motion was granted.

Accordingly, the court adopts the following schedule:

1. On or before June 16, 2006, the parties shall file a joint status report indicating how this case and *Arko Executive Services, Inc. v. United States*, No. 06-0296, shall proceed, including a proposed schedule for discovery, and, if appropriate, for the filing of dispositive motions.

2. Chambers will contact the parties to schedule a status conference following the filing of the parties' joint status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge