IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKO EXECUTIVE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | Nos. 05-1193 and 06-0296 (Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order dated May 12, 2006, plaintiff, ARKO Executive Services, Inc. ("ARKO"), and defendant, the United States, submit the following joint status report.

The parties believe that this case may be decided in whole or in part by cross motions for summary judgment, and that discovery is not necessary prior to the filing of the summary judgment motions as to liability.[1] Therefore, the parties propose the following schedule: (1) ARKO will file its motion for summary judgment as to liability on or before September 1, 2006; (2) the Government will file its cross-motion for summary judgment as to liability and response to plaintiff's motion on or before October 2, 2006; (3) ARKO will file its response to the Government's motion and reply to the Government's response on or before October 19, 2006; and (4) the Government will file its reply to ARKO's response on or before November 6, 2006. The parties' motions for summary judgment would relate to liability only, and reserve the issue of damages for further proceedings and discovery, if necessary. In the event that the Court denies the Government's motion for summary judgment, the parties shall propose within 30 days

[1] Although the parties do not anticipate the need for discovery prior to or during summary judgment proceedings, the parties reserve the right to seek discovery, as appropriate, pursuant to Rule 56(f) of the Rules of this Court.

of the Court's order an appropriate schedule for discovery as to any issues not resolved by the Court's decision upon the motions for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0536
Facsimile: (202) 307-0972

June 16, 2006 Attorneys for Defendant

/s/ Michael J. Shea
MICHAEL J. SHEA
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
Phone: (202) 383-0161
Fax: (202) 637-3593

June 15, 2006 Attorney for Plaintiff