IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 05-1193, 06-296<br>(Judge Allegra) |

**PLAINTIFF'S MOTION TO STRIKE ANSWER FILED BY GOVERNMENT**

Pursuant to RCFC 7(b), RCFC 12(a)(1), and RCFC 6(b)(2), Plaintiff Arko Executive Services, Inc. respectfully moves this Court to strike the Answer tendered for filing by Defendant the United States ("Government") on June 27, 2006, to the Complaint filed by Plaintiff on April 14, 2006 in Case No. 06-296.[1]

In support of this motion, Plaintiff relies upon the Rules of the United States Court of Federal Claims ("RCFC") and the following brief.

PLAINTIFF'S BRIEF

RCFC 12(a)(1) requires that "The United States shall file its answer to the complaint within 60 days after service of the pleadings in which the claim is asserted."

Plaintiff filed its Complaint in Case No. 06-296 on April 14, 2006. The Government's Answer was due on or before June 13, 2006.

---

[1] Case No. 06-296 was consolidated with Case No. 05-1193 by order of the Court dated May 12, 2006.

On June 13, 2006, rather than file an Answer, the Government filed an Unopposed Motion for Enlargement of Time. The Government stated in such filing that its response "is currently due on June 13, 2006" and requested enlargement of the time for filing the answer to June 16, 2006.

On June 14, 2006, an Order was entered denying the Government's Motion for Enlargement of Time to June 16, 2006 to file its answer.

The answer tendered for filing by the Government on June 27, 2006 was tendered untimely. The answer was required to have been filed on or before June 13, 2006. A "filing" on June 27, 2006 was made "after the expiration of the specified period." In the period after expiration of the specified period, RCFC 6(b)(2) [2] requires that a party qualifying under this rule to seek an enlargement of the period for filing shall seek by motion and obtain approval of the Court for the necessary enlargement of the filing period. The Government has not moved for nor obtained approval of the Court for extension of the period.

Therefore, the answer, which was tendered by the Government for filing out of time and in violation of the Court's Rules, should be struck. Neither the Court nor the parties are free to disregard the Rules of the Court.

[2] RCFC 6(b)(2) states "(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect: …."

## CONCLUSION

For these reasons, Plaintiff respectfully requests that Plaintiff's Motion to Strike Answer be granted.

Respectfully submitted,

/s/MICHAEL J. SHEA
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593

Of Counsel:
Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0140
Fax: (202) 637-3593

Dated this 28th day of June, 2006