# In The United States Court of Federal Claims

Nos. 05-1193C, 06-0296C

(Filed: July 7, 2006)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 16, 2006, the parties filed a joint status report with a proposed schedule for cross-motions for summary judgment. Accordingly, in these consolidated cases, the court adopts the following schedule:

1. On or before September 1, 2006, plaintiff shall file its motion for summary judgment.

2. On or before October 2, 2006, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion.

3. On or before October 19, 2006, plaintiff shall file its response to defendant's cross-motion for summary judgment and its reply to defendant's response.

4. On or before November 6, 2006, defendant shall file its reply to plaintiff's response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge