IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-1193 and 06-296 |
| | ) | (Judge Allegra) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

# DEFENDANT'S APPENDIX

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

October 2, 2006

Attorneys for Defendant

TABLE OF CONTENTS

PAGE(S)

A. Affidavit of Kurt Hoyer ........................................ 1

B. Contract No. S-CY-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 ........................................ 3

C. Modification No. 18 to Contract No. S-CY-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, Signed December 23, 2003 ........................................ 55

D. Modification No. 21 to Contract No. S-CY-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, Signed March 22, 2005 ........................................ 89

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKO EXECUTIVE SERVICES, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Nos. 05-1193 and 06-296<br>(Judge Allegra) |

AFFIDAVIT OF KURT HOYER

I, Kurt Hoyer, being duly sworn, hereby state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I am currently a Post Management Officer in the bureau of Near Eastern Affairs in the, United States Department of State. I was the contracting officer for contract S-CY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 between the Department of State and Arko Executive Services, Inc. ("Arko"), for guard services at the United States embassy in Nicosia, Cyprus for the period of time from July of 2003 to the end of the contract. I was also the contracting officer until my departure from post in July of 2006 for the successor contract S-CY600-05-C-0111, effective June 1, 2005, between the Department of State and Wackenhut International, Inc. ("Wackenhut").

3. The Department of State issued the solicitation for contract S-CY600-05-C-0111 on November 10, 2004, with an anticipated start date of April 1, 2005. There were two timely offers in response to the solicitation. Arko was not one of the two offerors.

4. Due to an unforeseen delay in the procurement process, we were unable to award the contract by April 1, 2005. In early March, 2005, when it became clear that the Department of

State would not be able to award the contract by April 1, 2005, I informed Arko that we would be requiring continued guard services from Arko after March 31, 2005.

5. On March 22, 2005, I signed Modification No. 21 to contract S-CY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, effective April 1, 2005, which required continued services by Arko from April 1, 2005 through May 31, 2005. A two page document describing the services and prices during this two month period was attached to Modification No. 21.

6. The services required pursuant to modification No. 21 were the same services provided by Arko prior to April 1, 2005. The Department of State did not require Arko to perform any phase-in or phase-out services.

7. On April 26, 2005, the Department of State awarded contract S-CY600-05-C-0111 to Wackenhut, effective June 1, 2006, and with a start date of June 1, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 26th day of September, 2006.

EGYPT
CITY OF CAIRO
EMBASSY OF THE UNITED
STATES OF AMERICA } SS

Kurt Hoyer

Kurt Hoyer

On the 26th day of September, 2006, before me personally appeared Kurt Hoyer, known to me to be the person whose name is subscribed herein.

In witness whereof I hereunto set my hand and official seal.

N. M. Henderson

Natasha M. Henderson
Consul
Embassy of the
United States of America

# AWARD/CONTRACT

| | | | |
|---|---|---|---|
| 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ | RATING | PAGE 1 | OF PAGES 103 |
| 2. CONTRACT (Proc. Inst. Ident.) NO. S-CY600-00-C-0006 | 3. EFFECTIVE DATE April 1, 2000 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | |

5. ISSUED BY CODE
American Embassy
P.O. Box 24536
1385 Nicosia, Cyprus

6. ADMINISTERED BY *(If other than Item 6)* CODE
**Same as Block 5**

7. NAME AND ADDRESS OF CONTRACTOR *(No. street, county, state and ZIP Code)*
Arko Executive Services, Inc.
2840 Mount Wilkinson Parkway
Suite 120
Atlanta, Georgia 30339

CODE FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER *(See below)*

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO THE ADDRESS SHOWN IN: ITEM Block 12

11. SHIP TO/MARK FOR CODE
**Same as Block 5**

12. PAYMENT WILL BE MADE BY
American Embassy, Budget and Fiscal Office
P.O. Box 24536
1385 Nicosia, Cyprus

13. AUTHORITY FOR USING OTHER FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
see attached sheet

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Local Guard Services--Base Year | 1 year | | | $813,735.18 |
| | Local Guard Services--1st Option Yr. | 1 year | | | $815,137.56 |
| | Local Guard Services--2nd Option Yr. | 1 year | | | $824,954.22 |
| | Local Guard Services--3rd Option Yr. | 1 year | | | $827,758.98 |
| | Local Guard Services--4th Option Yr. | 1 year | | | $830,563.74 |

**15G. TOTAL AMOUNT OF CONTRACT ▶ $4,112,149.68**

16. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| x | A | SOLICITATION/CONTRACT FORM | | x | I | CONTRACT CLAUSES | |
| x | B | SUPPLIES OR SERVICES AND PRICE/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| x | C | DESCRIPTION/SPECS./WORK STATEMENT | | x | J | LIST OF ATTACHMENTS | |
| x | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| x | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| x | F | DELIVERIES OR PERFORMANCE | | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. XX CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return 1 copy to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

18. ☐ AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number ________________, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER *(Type or print)*
George Danos, Project Manager

20A. NAME OF CONTRACTING OFFICER
Caroline Mangelsdorf, General Services Officer

19B. NAME OF CONTRACTOR
[signature]
*(Signature of person authorized to sign)*

19C. DATE SIGNED
Dec, 29, 99.

20B. UNITED STATES OF AMERICA
By [signature]
*(Signature of Contracting Officer)*

20C. DATE SIGNED
Dec 29, 1999

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
Computer Generated
26-107
Prescribed by GSA
STANDARD FORM 26 (REV. 4-85)

# AWARD/CONTRACT

APRIL 1, 2000

CONTRACT NO: S-CY600-00-C-0006

ARKO EXECUTIVE SERVICES, INC.
2840 MOUNT WILKINSON PARKWAY
SUITE 120
ATLANTA, GEORGIA 30339

ACCOUNTING AND APPROPRIATION DATA:

1900113-12170250006-1217-5820-2554

19X45190001-5217025006-5217-5826-2554

19X45190001-5217025406-5217-9662-2554

19X45190001-5217025606-5217-9662-2554

## SECTION B

## SERVICES AND PRICES

B.1. Services. The Contractor shall provide guard services in accordance with Section C - STATEMENT OF WORK and the Exhibits attached to this contract. As described in Section C, two types of services are required: Standard Services and Additional or Emergency Services. For the Additional or Emergency Services, the Government may require the Contractor to supply additional materials or equipment, the costs for which shall be reimbursed under and in accordance with the terms and conditions of this contract.

B.1.1. Offers and Payment in U.S. Dollars. U.S. firms are eligible to receive payment in U.S. dollars. Those U.S. firms desiring to be paid in U.S. dollars should submit their offers in U.S. dollars. NOTE: The definition below for U.S. Firm should not be confused with the criteria necessary to establish an offeror as a U.S. Person, which is defined as set forth in K.11. U.S. Firm. A U.S. firm is a company which operates as a corporation incorporated under the laws of a state within the United States.

Foreign Firms. Any firm which is not a U.S. firm is a foreign firm. Any firm which does not meet the above definition of U.S. firm shall submit its prices and receive payment in local currency.

B.2. Pricing

B.2.1. General In consideration of satisfactory performance of all the scheduled services required under this contract, the Contractor shall be paid each month for Standard Services and Additional or Emergency services on a time and materials basis. Vehicles and communications equipment, if provided by the Contractor, shall be paid at a fixed monthly rate. Defense Base Act Insurance, if required under this contract, shall be reimbursed at cost as described elsewhere herein.

B.2.2. Standard Services. The hourly rates for Standard Services are fully loaded rates, inclusive of all direct costs (labor, including any premiums relating to overtime, holidays or night shifts, etc., and materials, excluding vehicles and communications equipment), insurance (See FAR 52.228-4 and 52.228-5 in Section I), indirect costs, and profit. Severance pay shall be included in these rates (see H.7.3). Materials costs, exclusive of vehicles and communications equipment which may be in separate firm fixed price line items, shall be included as well in Standard Services hourly rates.

B.2.3. Additional or Emergency Services. The hourly rates for Additional or Emergency Services, as defined at C.2.2, are loaded rates, inclusive of all direct costs (labor, including any premiums relating to overtime, holidays or night shifts, etc.), insurance (see FAR 52.228-4 and 52.228-5 in Section I), indirect costs, and profit.

B.2.4. Vehicles. The monthly rate shall include all operating costs (see H.14), including but not limited to fuel, lubricants, oil, routine and special maintenance, care and cleaning, and insurance.

B.2.5. Communications Equipment. RESERVED.

B.2.6. Materials or Equipment. These are items for which the contractor shall be reimbursed at cost (see C.2.2.1.) for all non-expendable equipment and expendable supplies, related to performance of Additional or Emergency Services.

B.2.7 Defense Base Act Insurance. RESERVED

B.2.8. Descriptions of Labor Categories. See Section C.1.2 for a definition and major duties and responsibilities of each of the labor categories which are separately priced Standard Services and Additional or Emergency Services. All other personnel that may be required in the performance of this contract are not separately priced; for example, the project manager (see H.12.1) or any administrative staff are not separately priced but are included as part of overhead reflected in the loaded rates.

B.2.9. Value Added Tax. Value Added Tax (VAT) shall NOT be included in the rates for Standard Services, Additional or Emergency Services, Vehicles, communications equipment nor in the estimated amount for Materials. Rather, it shall be applied as a separate charge at time of invoicing. Section J, Exhibit I sets forth a sample invoice, reflecting how VAT will be applied. The amount of VAT to be charged is 8%. Local law dictates the portion of the contract price that is subject to VAT; this percentage is multiplied only against that portion. It is reflected for each performance period in the appropriate line in B.3.7, B.4.1.7, B.4.2.7, B.4.3.7, and B.4.4.7.

B.3. Prices.

B.3.1. Standard Services. (See Subsection C.1.2, C.2.1, and Exhibit A.) The Contractor shall provide the levels of effort shown below by position for the base period of the contract, commencing from the date of Notice to Proceed and continuing for a period of 12 months. The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $5.61 | | 74,100 | | $415,701.00 |
| Guard Force Commander | $5.61 | | 4,380 | | $ 24,571.80 |
| SD Specialist | $5.61 | | 26,280 | | $147,430.80 |
| SD Supervisor | $5.61 | | 8,760 | | $ 49,143.60 |
| Supervisor | $5.61 | | 11,230 | | $ 63,000.30 |
| Subtotal | | | 124,750 | | $699,847.50 |

B.3.2. Additional or Emergency Services. Additional or Emergency Services. (See Subsection C.1.2 and C.2.2., Additional or Emergency Services.) The following estimated levels of effort by position for the base period of the contract are as stated below:

The fixed hourly rate, estimated number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling** Price |
|---|---|---|---|---|---|
| Guard | $5.61 | | 3,600 | | $20,196.00 |
| Guard Force Commander | $5.61 | | 300 | | $ 1,683.00 |
| Supervisor | $5.61 | | 1,200 | | $ 6,732.00 |
| Subtotal | | | 5,100 | | $28,611.00 |

B.3.3. Vehicles. The firm fixed-price for all vehicles necessary for performance of this contract, as described in B.2.4., is:

| Monthly rate | x | Number of months | = | Total Price |
|---|---|---|---|---|
| $2,000.00 | | 12 | | $24,000.00 |

B.3.4. RESERVED

B.3.5. Materials or equipment reimbursed for additional or emergency services shall not exceed (see B.2.6):

$1,000**

**Note: The Contracting Officer shall be notified in writing by the Contractor, 60 days prior to the date the Contractor expects the total costs incurred for each of these categories will exceed 75% of the ceiling price and/or not to exceed amounts.

B.3.6. RESERVED

B.3.7. CONTRACT PRICE. THE TOTAL CEILING PRICE FOR THE BASE PERIOD OF THIS CONTRACT IS THE SUM OF SUBTOTALS A AND B:

| | | PORTION SUBJECT TO VAT* |
|---|---|---|
| B.3.1 STANDARD SERVICES | $699,847.50 | $699,847.50 |
| B.3.2 ADDITIONAL OR EMERGENCY SERVICES | $ 28,611.00 | $ 28,611.00 |
| B.3.3 VEHICLES | $ 24,000.00 | $ 24,000.00 |
| B.3.4 RESERVED | N/A | N/A |
| B.3.5 REIMBURSABLE MATERIALS/EQUIPMENT | $1,000.00 | $1,000.00 |
| B.3.6 RESERVED | N/A | N/A |
| | | x 8%(VAT) |
| SUBTOTALS: | A | B |
| | $753,458.50 | $60,276.68 |

TOTAL CEILING PRICE FOR BASE PERIOD (A+B): $813,735.18

* Offeror indicates what portion of the price offered is subject to VAT according to local law.

B.3.7.1 Notwithstanding the above, if this contract is funded less than the ceiling price set forth in B.3.7., the Contractor shall not exceed the total funded amount. The amount presently available for funding is $0.

B.4. Option Years: Levels of Effort and Pricing.

B.4.1. First Option Year. - Commencing one (1) year after the date of Notice to Proceed and continuing for a period of 12 months.

B.4.1.1. Standard Services. (See Subsection C.1.2, C.2.1, and Exhibit A.) The Contractor shall provide the levels of effort shown below by position for the first option year of the contract. The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $5.62 | | 74,100 | | $416,442.00 |
| Guard Force Commander | $5.62 | | 4,380 | | $ 24,615.60 |
| SD Specialist | $5.62 | | 26,280 | | $147,693.60 |
| SD Supervisor | $5.62 | | 8,760 | | $ 49,231.20 |
| Supervisor | $5.62 | | 11,230 | | $ 63,112.60 |
| Subtotal | | | 124,750 | | $701,095.00 |

B.4.1.2. Additional or Emergency Services. Additional or Emergency Services. (See Subsection C.1.2 and C.2.2, Additional or Emergency Services.) The following estimated levels of effort by position for the first option year of the contract are as stated below:

The fixed hourly rate, estimated number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling ** Price |
|---|---|---|---|---|---|
| Guard | $5.62 | | 3,600 | | $20,232.00 |
| Guard Force Commander | $5.62 | | 300 | | $ 1,686.00 |
| Supervisor | $5.62 | | 1,200 | | $ 6,744.00 |
| Subtotal | | | 5,100 | | $28,662.00 |

B.4.1.3. Vehicles. The firm fixed-price for all vehicles necessary for performance of this contract, as described in B.2.4., is:

| Monthly rate | x | Number of months | = | Total Price |
|---|---|---|---|---|
| $2,000.00 | | 12 | | $24,000.00 |

B.4.1.4. RESERVED

B.4.1.5. Materials or equipment reimbursed for additional or emergency services shall not exceed (see B.2.6)

$1,000**

**Note: The Contracting Officer shall be notified in writing by the Contractor, 60 days prior to the date the Contractor expects the total costs incurred for each of these categories will exceed 75% of the ceiling price and/or not to exceed amounts.

B.4.1.6. RESERVED

B.4.1.7. FIRST OPTION YEAR CONTRACT PRICE. The total price for the first option year is the SUM OF SUBTOTALS A AND B:

| | | PORTION SUBJECT TO VAT* |
|---|---|---|
| B.4.1.1 STANDARD SERVICES | $701,095.00 | $701,095.00 |
| B.4.1.2 ADDITIONAL OR EMERGENCY SERVICES | $ 28,662.00 | $ 28,662.00 |
| B.4.1.3 VEHICLES | $ 24,000.00 | $ 24,000.00 |
| B.4.1.4 RESERVED | N/A | N/A |
| B.4.1.5 REIMBURSABLE MATERIALS/EQUIPMENT | $1,000.00 | $1,000.00 |
| B.4.1.6 RESERVED | N/A | N/A |
| | | x 8%(VAT) |
| SUBTOTALS | A<br>$754,757.00 | B<br>$60,380.56 |

TOTAL CEILING PRICE FOR OPTION YEAR ONE (A+B): $815,137.56

* Offeror indicates what portion of the price is subject to VAT according to local law.

B.4.1.8. Notwithstanding the above, if this contract is funded less than the total ceiling price set forth in B.4.1.7, the Contractor shall not exceed the total funded amount. The amount presently available for funding is $0.

B.4.2. Second Option Year - Commencing two (2) years after the date of Notice to Proceed and continuing for a period of 12 months.

B.4.2.1. Standard Services. (See Subsection C.1.2, C.2.1, and Exhibit A.) The Contractor shall provide the levels of effort shown below by position for the second option year of the contract. The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate x | Number of Hours = | Ceiling Price |
|---|---|---|---|
| Guard | $5.69 | 74,100 | $421,629.00 |
| Guard Force Commander | $5.69 | 4,380 | $ 24,922.20 |
| SD Specialist | $5.69 | 26,280 | $149,533.20 |
| SD Supervisor | $5.69 | 8,760 | $ 49,844.40 |
| Supervisor | $5.69 | 11,230 | $ 63,898.70 |
| Subtotal | | 124,750 | $709,827.50 |

B.4.2.2. Additional or Emergency Services. (See Subsection C.1.2 and C.2.2, Additional or Emergency Services.) The following estimated levels of effort by position for the second option year of the contract are as stated below:

The fixed hourly rate, estimated number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate x | Number of Hours = | Ceiling ** Price |
|---|---|---|---|
| Guard | $5.69 | 3,600 | $20,484.00 |
| Guard Force Commander | $5.69 | 300 | $ 1,707.00 |
| Supervisor | $5.69 | 1,200 | $ 6,828.00 |
| Subtotal | | 5,100 | $29,019.00 |

B.4.2.3. Vehicles. The firm fixed-price for all vehicles necessary for performance of this contract, as described in B.2.4., is:

| Monthly rate x | Number of months = | Total Price |
|---|---|---|
| $2,000.00 | 12 | $24,000.00 |

This monthly rate will be prorated for partial months.

B.4.2.4 RESERVED

B.4.2.5. Materials or equipment reimbursed for additional or emergency services shall not exceed (see B.2.6):

$1,000**.

** Note: The Contracting Officer shall be notified in writing by the Contractor, 60 days prior to the date the Contractor expects the total costs incurred for each of these categories will exceed 75% of the ceiling price and/or not to exceed amounts.

B.4.2.6 RESERVED

B.4.2.7. . SECOND OPTION YEAR CONTRACT PRICE. The total price for the second option year is the SUM OF SUBTOTALS A AND B:

| | | PORTION SUBJECT TO VAT* |
|---|---|---|
| B.4.2.1 STANDARD SERVICES | $709,827.50 | $709,827.50 |
| B.4.2.2 ADDITIONAL OR EMERGENCY SERVICES | $ 29,019.00 | $ 29,019.00 |
| B.4.2.3 VEHICLES | $ 24,000.00 | $ 24,000.00 |
| B.4.2.4 RESERVED | N/A | N/A |
| B.4.2.5 REIMBURSABLE MATERIALS/EQUIPMENT | $1,000.00 | $1,000.00 |
| B.4.2.6 RESERVED | N/A | N/A |
| | | x 8%(VAT) |
| SUBTOTALS | A<br>$763,846.50 | B<br>$61,107.72 |

TOTAL CEILING PRICE FOR OPTION YEAR TWO (A+B): $824,954.22

* Offeror indicate what portion of the price offered is subject to VAT according to local law.

B.4.2.8. Notwithstanding the above, if this contract is funded less than the total ceiling price set forth in B.4.2.7., the Contractor shall not exceed the total funded amount. The amount presently available for funding is $0.

B.4.3. Third Option Year - Commencing three (3) years after the date of Notice to Proceed and continuing for a period of 12 months.

B.4.3.1. Standard Services. (See Subsection C.1.2, C.2.1, and Exhibit A.) The Contractor shall provide the levels of effort shown below by position for the third option year of the contract. The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $5.71 | | 74,100 | | $423,111.00 |
| Guard Force Commander | $5.71 | | 4,380 | | $ 25,009.80 |
| SD Specialist | $5.71 | | 26,280 | | $150,058.80 |
| SD Supervisor | $5.71 | | 8,760 | | $ 50,019.60 |
| Supervisor | $5.71 | | 11,230 | | $ 64,123.30 |
| Subtotal | | | 124,750 | | $712,322.50 |

B.4.3.2. Additional or Emergency Services. (See Subsection C.1.2 and C.2.2, Additional or Emergency Services.) The following estimated levels of effort by position for the third option year of the contract are as stated below:

The fixed hourly rate, estimated number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling ** Price |
|---|---|---|---|---|---|
| Guard | $5.71 | | 3,600 | | $20,556.00 |
| Guard Force Commander | $5.71 | | 300 | | $ 1,713.00 |
| Supervisor | $5.71 | | 1,200 | | $ 6,852.00 |
| Subtotal | | | 5,100 | | $29,121.00 |

B.4.3.3. Vehicles. The firm fixed-price for all vehicles necessary for performance of this contract, as described in B.2.4., is:

| Monthly rate | x | Number of months | = | Total Price |
|---|---|---|---|---|
| $2,000.00 | | 12 | | $24,000.00 |

B.4.3.4 RESERVED

B.4.3.5. Materials or equipment reimbursed for additional or emergency services shall not exceed (see B.2.6):

$1,000**

**Note: The Contracting Officer shall be notified in writing by the Contractor, 60 days prior to the date the Contractor expects the total costs incurred for each of these categories will exceed 75% of the ceiling price and/or not to exceed amounts.

B.4.3.6 RESERVED

B.4.3.7. THIRD OPTION YEAR CONTRACT PRICE. The total price for the third option year is the SUM OF SUBTOTALS A AND B:

| | | PORTION SUBJECT TO VAT* |
|---|---|---|
| B.4.3.1 STANDARD SERVICES | $712,322.50 | $712,322.50 |
| B.4.3.2 ADDITIONAL OR EMERGENCY SERVICES | $ 29,121.00 | $ 29,121.00 |
| B.4.3.3 VEHICLES | $ 24,000.00 | $ 24,000.00 |
| B.4.3.4 RESERVED | N/A | N/A |
| B.4.3.5 REIMBURSABLE MATERIALS/EQUIPMENT | $1,000.00 | $1,000.00 |
| B.4.3.6 RESERVED | N/A | N/A |
| | | x 8%(VAT) |
| SUBTOTALS | A<br>$766,443.50 | B<br>$61,315.48 |

TOTAL CEILING PRICE FOR OPTION YEAR THREE (A+B): $827,758.98

* Offeror indicates what portion of the price offered is subject to VAT according to local law.

B.4.3.8. Notwithstanding the above, if this contract is funded less than the total ceiling price set forth in B.4.3.7., the Contractor shall not exceed the total funded amount. The amount presently available for funding is $0.

B.4.4. Fourth Option Year - Commencing four (4) years after the date of Notice to Proceed and continuing for a period of 12 months.

B.4.4.1. Standard Services. (See Subsection C.1.2, C.2.1, and Exhibit A.) The Contractor shall provide the levels of effort shown below by position for the fourth option year of the contract. The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $5.73 | | 74,100 | | $424,593.00 |
| Guard Force Commander | $5.73 | | 4,380 | | $ 25,097.40 |
| SD Specialist | $5.73 | | 26,280 | | $150,584.40 |
| SD Supervisor | $5.73 | | 8,760 | | $ 50,194.80 |
| Supervisor | $5.73 | | 11,230 | | $ 64,347.90 |
| Subtotal | | | 124,750 | | $714,817.50 |

B.4.4.2. Additional or Emergency Services. (See Subsection C.1.2 and C.2.2, Additional or Emergency Services.) The following estimated levels of effort by position for the fourth option year of the contract are as stated below:

The fixed hourly rate, estimated number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling** Price |
|---|---|---|---|---|---|
| Guard | $5.73 | | 3,600 | | $20,628.00 |
| Guard Force Commander | $5.73 | | 300 | | $ 1,719.00 |
| Supervisor | $5.73 | | 1,200 | | $ 6,876.00 |
| Subtotal | | | 5,100 | | $29,223.00 |

B.4.4.3. Vehicles. The firm fixed-price for all vehicles necessary for performance of this contract, as described in B.2.4., is:

| Monthly rate | x | Number of months | = | Total Price |
|---|---|---|---|---|
| $2,000.00 | | 12 | | $24,000.00 |

B.4.4.4. RESERVED

B.4.4.5. Materials or equipment reimbursed for additional or emergency services shall not exceed (see B.2.6):

$1,000**.

**Note: The Contracting Officer shall be notified in writing by the Contractor, 60 days prior to the date the Contractor expects the total costs incurred for each of these categories will exceed 75% of the ceiling price and/or not to exceed amounts.

B.4.4.6. RESERVED

B.4.4.7. FOURTH OPTION YEAR CONTRACT PRICE. The total price for the fourth option year is the SUM OF SUBTOTALS A AND B:

| | | PORTION SUBJECT TO VAT* |
|---|---|---|
| B.4.4.1 STANDARD SERVICES | $714,817.50 | $714,817.50 |
| B.4.4.2 ADDITIONAL OR EMERGENCY SERVICES | $ 29,233.00 | $ 29,233.00 |
| B.4.4.3 VEHICLES | $ 24,000.00 | $ 24,000.00 |
| B.4.4.4 RESERVED | N/A | N/A |
| B.4.4.5 REIMBURSABLE MATERIALS/EQUIPMENT | $1,000.00 | $1,000.00 |
| B.4.4.6 RESERVED | N/A | N/A |
| | | x 8%(VAT) |
| SUBTOTALS | A<br>$769,040.50 | B<br>$61,523.24 |

TOTAL CEILING PRICE FOR OPTION YEAR FOUR (A+B): $830,563.74

*Offeror indicates what portion of the price offered is subject to VAT according to local law.

B.4.4.8. Notwithstanding the above, if this contract is funded less than the total ceiling price set forth in B.4.4.7., the Contractor shall not exceed the total funded amount. The amount presently available for funding is $0.

B.4.5 GRAND TOTAL: The total ceiling price for the base and all option years is: $4,112,149.68

B.5. Price Adjustments.

B.5.1. The hourly rates may be adjusted based on increases or decreases in actual costs of direct service labor which result directly from laws enacted and effective during the term of this contract by the Government of Cyprus. Direct service labor costs include only the costs of wages and direct benefits (such as social security, health insurance, and unemployment compensation insurance) paid to or incurred for the direct benefit of personnel performing security services under one of the categories listed in Section B.3.1 of this contract. Price adjustments will include only changes in direct service labor costs incurred in order to comply with the requirements of the law. No adjustment will be made under this clause with respect to labor costs of personnel not performing direct service labor under the categories of Section B.3.1, nor for overhead, profit, general and administrative (G&A) costs, taxes or any other costs whatsoever.

B.5.2. For the Contracting Officer to consider any request for adjustment the Contractor shall demonstrate in writing:

B.5.2.1. That the change in the law occurred subsequent to the award date of the contract, and;

B.5.2.2.That the change in the law could not have been reasonably anticipated prior to award of the contract, and;

B.5.2.3. How the change in the law directly affects the Contractor's costs under this contract.

B.5.3. The Contractor shall present data that clearly supports any request for adjustment. This data shall be submitted no later than 30 calendar days after publication of the law. This data shall include, but is not limited to, (1) the calculation of the amount of adjustment requested and; (2) documentation which identifies and provides the appropriate portions of the text of the particular law from which the request is derived.

B.5.4. In order to establish the change between the requested adjusted rate and the original rate, the Contractor will be required to support with the appropriate data the composition of the original rate and the requested adjusted rate. This will include details regarding specific hourly rates paid to individual employees. For contracts paid in U.S. dollars, the contractor's request for price adjustment shall present data reflecting: (a) the exchange rate in effect on the date of the contractor's proposal that was accepted for the basic contract, and (b) the current exchange rate and its effect on payment of workers in local currency. The allowable adjustment shall be limited to the extent to which increases in direct service labor costs due to host country law changes are not offset by exchange rate gains.

B.5.5. Only direct cost changes mandated by enacted laws will be considered for adjustment under this contract. Changes for purposes of maintaining parity of pay between employees at the minimum mandated levels and employees already paid at levels above the newly mandated minimums shall not be considered. Therefore, if the Contractor elects to increase his payments to employees who are already being paid at or above the mandated amounts, such increased costs to

the Contractor shall be borne solely by the Contractor and shall not be justification for an increase in the hourly and monthly rates under this contract.

B.5.6. Any request for adjustment shall be certified by signature by an officer or general partner of the Contractor having overall responsibility for the conduct of the Contractor's affairs.

B.5.7. No request by the Contractor for an adjustment under this clause shall be allowed if asserted after final payment under this contract.

B.5.8. This clause shall only apply to laws enacted by the government identified in B.5.1 above and which meet the criteria set forth above in B.5.1. No adjustments shall be made due to currency devaluations or fluctuations in exchange rates.

B.6. Payment, Ceiling, and Withholding.

B.6.1. The Contractor shall be paid for the number of hours worked, in accordance with FAR clause 52.232-7 in Section I of this contract.

B.6.2. The ceiling prices shown above shall not be exceeded either in total or for any category by the Contractor unless a written contract modification is signed by the Contracting Officer to increase the ceiling.

B.6.3. No withholding/retainage will be made with respect to Section I, FAR 52.232-7, paragraph (a)(2), "Payments Under Time-and-Materials and Labor-Hour Contracts".

## SECTION C

## STATEMENT OF WORK

C.1. Work Requirements

C.1.1. General. The American Embassy Nicosia [hereinafter referred to as the "American Embassy"] requires the operation and management of guard services in order to prevent unauthorized access, protect life, maintain order, deter criminal attacks against employees, dependents and property and terrorist acts against all U.S. assets, and prevent damage to Government property. The Contractor shall furnish managerial, administrative and direct labor personnel to accomplish all work as required in this contract. The Contractor's employees shall be on-site only for contractual duties and not for any other business or purposes.

C.1.1.1. Project Management. The Contractor shall designate a project manager who shall manage the Contractor's workforce and be the Contractor's liaison with the American Embassy, (see H.12.1.). The project manager shall be available at all times to receive and implement orders or special instructions from the Contracting Officer or Contracting Officer's Representative (COR; see Section G - CONTRACT ADMINISTRATION DATA) concerning matters which affect the operation, protection and/or security of assigned areas.

C.1.1.2. Supervisory Personnel. A designated person shall normally be placed in charge of each shift, called the shift supervisor, and shall have supervision of all guard personnel assigned during the shift to which he/she is assigned as his or her sole function. All supervisory position(s), including the guard force commander, are set forth in Section J, Exhibit A. The project manager position is excluded from Section J, Exhibit A, and may be included in the overhead rate.

C.1.2. Personnel. The Contractor shall provide trained guard personnel for posts designated and for the hours indicated in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE. See also Subsection H.2.1. Listed below in C.1.2.1 through C.1.2.4 are the labor categories set forth under Standard and Additional or Emergency Services in Section B.

C.1.2.1. Supervisor.

Definition - A generic term for the highest supervisory levels in a local guard force. Positions normally included as supervisors are (1) Guard Force Commander; (2) Chief of Guards; (3) Captain of the Guards; (4) Shift Supervisor; and (5) their deputies.

Major Duties and Responsibilities - Commands and supervises the activities of a large guard force which provides protection on a 24-hour basis to all U.S. mission facilities, residences, and to the Chief of Mission. Is responsible for the preparation of guard orders, deployment of guards and weekly scheduling; conducts inspections of guards and guard posts; investigates irregularities; prepares reports and makes recommendations regarding discipline and termination actions; oversees the training program to ensure effectiveness; oversees all logistical aspects of the guard force; and acts as the point of contact with the RSO on operational guard force matters.

C.1.2.1.1 Surveillance Detection (SD) Supervisor

Definition - A contractor's employee whose duty is to command and supervise the Specialists on a 24-hour basis.

Major Duties and Responsibilities - The SD Supervisor is responsible for changes to guard orders, deployment of Specialists and weekly scheduling, conducts inspections, investigates irregularities, makes recommendations regarding discipline and termination actions, oversees logistical aspects, and acts as point of contact with the RSO on operational SD Specialist matters. The Supervisor will be able understand Level 4 English (See H.5.1.1. and Exhibit A), have a valid driver's license, and be able to operate all special equipment.

C.1.2.2. RESERVED

C.1.2.3. Surveillance Detection (SD) Specialist.

Definition - A contractor's employee whose duty is to observe and report unusual or suspicious activities directed toward the American Embassy or its personnel.

Major Duties and Responsibilities - The SD Specialist will be able understand Level 4 English (See H.5.1.1. and Exhibit A), have a valid driver's license, and be able to operate all special equipment. SD Specialist shall demonstrate competent driving skills under normal and high stress circumstances.

C.1.2.4. Guard.

Definition - Person who performs routine guard services for the protection of U.S. Mission facilities and personnel and their dependents.

Major Duties and Responsibilities - Performs security duties at fixed, walking or vehicle mobile patrol posts to provide early warning to employees and their dependents of impending danger from terrorists, criminals or other sources such as fire, and to provide assistance to local authorities in thwarting criminal and terrorist acts directed against the U.S. diplomatic community. Also performs access control duties to limit entry to only authorized personnel or visitors. Duties include the operation of walk-through metal detectors, hand-held metal detectors, electronic and hydraulic barriers, and special monitoring devices.

C.1.2.5. RESERVED

C.1.3. General Orders and Post Orders.

C.1.3.1. Definitions.

"General Orders" mean those instructions, directives and guidelines that apply to all guard personnel.

"Guard Post" or "Post" means a site or location where a guard is assigned for a specific period of time to perform prescribed functions. One location may have more than one guard post. Thus, one site, such as an access point for the Embassy, could have several guards assigned during the same time. The number of guard posts, therefore, is the same as the number of guards assigned.

"Post Orders" mean detailed instructions to persons assigned to a specific guard post.

"Surveillance" is defined as the process of keeping places, vehicles, and/or persons under observation for the purpose of obtaining specific or detailed information concerning the activities, identification, and contacts of a targeted individual or facility. There are two types of surveillance detection: discreet from a distance or concealed viewing location, and close approach or tailing a target.

"Surveillance detection" is defined as pre-planned techniques that enable an individual or group to be aware of surveillance activities. It is intended to serve as an early warning method to detect rather than protect.

C.1.3.2. General Orders and Post Orders. General Orders and Post Orders are included as Exhibit B. These orders shall be used and followed in the performance of this contract. The Contractor shall maintain a copy of the General Orders and relevant Post Orders and changes thereto at each post. Any contractor-initiated request for changes to the orders shall be in writing and submitted to the COR for approval by the Contracting Officer, prior to issuance of the contract modification of the revised order. In addition, these orders may be revised within the scope of this contract at the request/direction of the Government at no additional cost to the Government. Any Government initiated revised order must be submitted in writing to the COR for approval and contract modification by the Contracting Officer prior to issuance of the revised order.

C.1.4. Posts. A detailed listing of posts and hours of coverage required, by guard category, is provided in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE, and is made part of this contract.

C.1.5. Duties and Responsibilities.

C.1.5.1. Guard Electronic Monitoring System.

C.1.5.1.1. The Contractor shall utilize a Guard Electronic Monitoring System (GEMS) for supervision and quality control of guard services. The system will collect data by scanning bar