codes with an electronic hand held bar code reader; download the information to a computer; and create computer generated reports designed to document guard activities and supervisor oversight. The system shall have an archival capability so that historical information can be accessed via the computer. The integrity of the system shall be such that information, once collected, cannot be altered or modified. Bar codes will be assigned to individual guards, supervisors, guard posts, and certain defined incidents or events which will be contained on an incident card.

Each supervisor will receive a Bar Code Scanner at the beginning of a shift. Each supervisor will be strictly responsible for scanning all of the bar-code labels at each post along his route and completing the required number of visits to each post throughout his daily/nightly tour. During supervisory rounds, the supervisor is required to report all incidents using the Electronic Bar Code Incident Card and follow up with written reports as necessary.

The Contractor is responsible for ensuring the correct use of the bar code scanner, the integrity of the system, ensuring that supervisors scan all bar codes for the route and ensuring the data is properly entered into the computer. Any software changes/revisions must receive prior COR approval.

C.1.5.1.2. The Contractor shall utilize data collected in the system to generate reports for use by the COR. At a minimum, the Contractor shall prepare and furnish to the COR daily, weekly and monthly reports. The daily report shall include as a minimum (1) date, time, location and type of incident; (2) verification of supervisor rounds by date and time; (3) verification of the guard schedule by date and time; and (4) property reports by date and time as required. The weekly and monthly reports will provide summary information for the reporting period.

C.1.5.1.3. The Contractor shall provide a complete GEMS which shall include the system software, bar code readers, bar code labels, data transmitter, computer and printer. The Contractor shall provide training to the employees who will be using the system and be responsible for the maintenance, replacement and support of the system to ensure continuous operation.

The Contractor's Technical Proposal should describe how the Contractor's system will meet the requirements of the solicitation/contract. This should include a complete description of the monitoring system to be provided, whether new or used, the number of scanners to be provided, maintenance programs, how the integrity of the system is maintained, etc. The plan should detail the type of reports to be generated and their frequency as set forth in C.1.5.1.2.

C.1.5.2. <u>Entry Control</u>. The Contractor shall deter and report unauthorized personnel or vehicular entry into areas designated by the Security Office as a controlled area. The Contractor shall report all serious or unexpected incidents to the Security Office.

C.1.5.2.1. <u>Entry Control At Office Buildings</u>. The Contractor shall intercept and identify visitors outside of the secure premises. Guards shall screen visitor identification. At some buildings, guards shall request specified identification cards and U.S. passports and shall permit only persons

holding them to enter the premises. At the direction of the Marine Security Guard on duty, guards shall physically examine visitors and their effects and possessions to detect the presence of firearms or other weapons. If anyone refuses to identify himself and attempts to enter the building, the guard shall use necessary force (See Exhibit B, General and Post Orders) to detain the individual and shall immediately notify the Security Office.

C.1.5.2.2. Entry Control at Official Residences. The Contractor shall intercept and identify visitors outside of the residence gate. Guards shall screen visitor identification and maintain a log of visitors. Guards shall detain visitors whose arrival is not expected at the entrance until cleared by authorized personnel inside the residence. Guards shall ensure that such a visitor stays outside the gate until properly identified. If anyone refuses to identify himself, and attempts to enter the residence, the guard shall use necessary force to detain the individual and shall notify the local police and the supervisor on duty.

C.1.5.3. Provide Escort. Local guards do not normally perform escort duties; however, the COR may require the Contractor to provide temporary escort services under special circumstances. The duties will be specifically stated by the COR when such services are directed. No additional resources will be committed to escort duties unless a permanent requirement is established.

C.1.5.4. Control Vehicular Entry and Access. The Contractor shall examine all vehicles of the Government and all commercial and visitors' vehicles entering a secured office building premises. Guards must check vehicle passengers for proper identification and the vehicle for suspected bombs and suspected packages, in accordance with instructions and procedures supplied by the Embassy. Guards shall admit only those authorized vehicles. Logs shall be kept on vehicles permitted access to secure premises.

C.1.5.5. Patrol Perimeter. Guards assigned to positions requiring foot-patrol duties shall make rounds of their assigned areas at least twice each hour. Guards shall change their course and pace while patrolling grounds to avoid establishing a set time and pattern of perimeter rounds.

C.1.5.6. Inspection and Surveillance. The Contractor shall physically examine all packages and mail carried by a person who seeks access to a guarded premises or who seeks to leave or deliver such packages or mail. Guards shall inspect residence perimeters. Guards shall endeavor to detect and prevent fires in residences, in the event of which guards shall summon the Fire Department and assist in evacuation of residents. Guards shall report to the local police and Embassy Security Office any suspicious vehicles or persons near the residence.

C.1.5.7. Provide Vehicle Mobile Patrol.

C.1.5.7.1. The Contractor shall provide vehicle mobile patrol services for residential and warehouse facilities. Approximately 50 buildings located in five sectors are to be patrolled by the mobile units. A minimum of one mobile patrol units is required. The mobile patrol shall operate 12 hours a day, during the hours of darkness, 7 days a week. Scheduling for the patrol shall be varied constantly to prohibit anticipating its route. (See Exhibit B - GENERAL AND GUARD POST ORDERS, for a list of the specific tasks of each mobile, roving patrol unit, including recordkeeping, at each check point. See Exhibit A for identification of members of the vehicle mobile patrol.)

C.1.5.7.2. The Contractor shall provide and maintain vehicles for the mobile patrol (see Subsection H.14, Vehicles). The number of vehicles shall be sufficient to assure continued availability of vehicles (see Exhibit D - CONTRACTOR FURNISHED MATERIALS).

C.1.5.8. Communications Net. The Government shall furnish all necessary communications equipment under this contract (see Exhibit E - GOVERNMENT FURNISHED PROPERTY).

C.1.5.9. Maintain logs and records.

C.1.5.9.1. Operational Records. The Contractor shall provide a log, consisting of a bound ledger, with lined paper and numbered pages for each post. Post Orders will provide instructions for the posting of each post log. Also, incident report forms will be required for recording information regarding any incident at a post. The design of this form shall be prepared in draft by the Contractor and approved by the COR.

C.1.5.9.2. Administrative Records. The Contractor shall maintain administrative files, which shall at a minimum include personnel records, investigation records (see H.2.1) and training records (see H.5.4) on all employees furnished under the contract. The COR is authorized to examine the Contractor's administrative files. Daily time and attendance records shall be maintained and may be reviewed as required by the COR.

C.1.5.9.3. Explosive Detectors and/or X-ray Inspection Records. RESERVED

C.1.6 Surveillance Detection (SD) Operations The contractor shall provide surveillance detection operations as part of this contract, consisting of the following requirements. Surveillance Detection Operations are overt and are not to be considered as a replacement for ongoing efforts; they will only supplement activities already in place. Surveillance detection operations are intended to be an early warning vehicle to detect rather than protect. Since coordination and cooperation with host country police and/or security forces will be required, it will be essential to recognize any political sensitivities that may arise and be able to adapt the program to accomplish its objectives while easing any concerns by either the Mission or the host country.

C.1.6.1. Surveillance Detection Operations.

C.1.6.1.1. General. The contractor shall provide surveillance detection as described in this section. The objectives of the surveillance detection operations are to: identify and report suspected surveillance of official facilities designated residences, routes of travel and U.S. personnel to the COR; verify reported surveillance activity as directed by the COR; assist the COR in evaluation of individual personal security practices; provide protective surveillance of U.S. personnel, upon direction of the COR; and assist the COR in route planning and analysis in support of U.S. personnel.

C.1.6.1.2. Details.
Zones of coverage: Chancery, FBIS and USIS compounds. Route security between compounds and residences. Leased government residences as required. Others as directed by RSO.

Duration of operation: Operations will be conducted 7 days a week on a 24-hour basis.

Personnel: Two roving patrols of two to three members each. One member of one team shall be the SD supervisor. Employees shall work in civilian clothes. Specialists and their supervisors must have language levels of 4 as defined in H.5.1.1

Equipment: All equipment, with the exception of vehicles, will be provided by the U.S. Government. (See Exhibit D - CONTRACTOR FURNISHED MATERIALS and Exhibit E - GOVERNMENT FURNISHED MATERIALS.)

Teams: Each team will consist of two to three members. One member of one team shall be the SD supervisor.

C.1.6.1.3. Methods.
Government will provide surveillance equipment to include cameras, digital cameras, video cameras, night-vision glasses, binoculars, radios and cellular telephones. All vehicles will be provided by the Contractor. Surveillance will mainly be mobile, although specific methods shall be flexible, adapting to situational variables. Mobile patrols shall: identify and immediately report to the COR suspected surveillance of U.S. facilities or personnel; assist surveillance detection teams in evaluation of individual personal security practices as directed by the COR; directly support surveillance detection team operations, upon request; provide protective surveillance of U.S. personnel, upon direction; become familiar with the vehicles used in their patrol areas; and identify suspicious or unusual people, vehicles, activities, buildings, or containers to the COR or his designee.

C.1.7. Explosive Detectors and/or X-ray Inspection Equipment Operator (DO). RESERVED

C.2. Types of Service.

C.2.1. Standard Services. Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE, specifies the standard services. The Contractor shall not subcontract or lease for

the standard services, and shall certify in his proposal his understanding that no subcontracts or leases are authorized.

C.2.2. Additional or Emergency Services. Additional or Emergency Services are services within the scope of this contract but not specified in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE. Under no circumstances shall the performance of duties listed in Exhibit A constitute additional or emergency services. The Contractor shall not subcontract or lease for the additional or emergency services.

C.2.2.1. The COR may orally request additional or emergency services to meet increased work load, temporary needs for services arising from visitors to post or special events. Any non-expendable equipment or expendable supplies to be supplied by the Contractor must be related to the additional or emergency services and must be approved by the COR. Under no circumstance shall materials or equipment be ordered to supply or replace items listed in Exhibit D - CONTRACTOR FURNISHED MATERIALS, or Exhibit E - GOVERNMENT FURNISHED PROPERTY.

C.2.2.2. The COR shall confirm each oral request for additional or emergency services in writing within forty-eight (48) hours of the oral request.

C.2.2.3. The Contractor shall include in its next regular invoice details of the additional or emergency services and, if applicable, materials, provided pursuant to this subsection. The Contractor shall also include a copy of the COR's written confirmation to provide such services.

C.3. Management

C.3.1. Schedules. The Contractor shall prepare and maintain a Weekly Guard Post Schedule for all guard posts that lists the name of each previously approved guard to be assigned to each post and for each shift. The Contractor shall provide a copy of the Weekly Guard Post Schedule for all employees. This schedule will be provided to the COR not later than 12 noon of the last day of the workweek for the upcoming work week. The Weekly Guard Post Schedule shall detail the post number and location, the name of the guard assigned, who has been approved by the COR, and the shift to which assigned in terms of hours of the day. The COR and each affected Contractor employee shall receive a copy of this schedule. The COR must be notified three days before a permanent guard (specific individual) change to a post.

C.3.1.1. Guard Duty Hour Limits. No Contractor personnel shall be on duty for more than 12 consecutive hours in a 24-hour period except under conditions of emergency, as authorized by the Contracting Officer or the COR.

C.3.1.2. Relief Guards. The Contractor shall provide the security personnel at the fixed posts with fully trained and qualified relief personnel to allow for comfort, personal needs, stress, meals, or other required or requested absences from post. Replacement personnel are not required for non-fixed posts provided that absences from these posts do not exceed fifteen minutes per four

hours, except for meals. The Contractor shall provide this relief service to the Government at no additional charge.

C.3.1.3. Organization Chart. Within 10 days of the effective date of this contract, the Contractor shall provide in writing to the COR an organizational chart to include the names of supervisors, shift organization for each post, and the number and names of guard force employees.

C.3.2. Supervision.

The Contractor shall provide adequate on-site supervision of employees at all times that a post is manned. A Contractor-provided supervisor shall inspect each post during daylight hours at least twice each shift and three times during night hours. This inspection shall assure proper manning of the post and that the assigned guard is fully familiar with the General Orders and Post Orders and that the post log is properly maintained. Where possible, the Contractor should conduct a muster of guards going on duty for purposes of inspection for proper uniform, review of current security problems, special instructions and training. The time required for this muster is in addition to that required to provide a timely relief for guards on post.

# SECTION D

## PACKAGING AND MARKING

**RESERVED**

## SECTION E

## INSPECTION AND ACCEPTANCE

E.1 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address:

http://www.arnet.gov/far or, http://farsite.hill.af.mil/search.htm

These addresses are subject to change. If the Federal Acquisition Regulation (FAR) is not available at the locations indicated above, use the Department of State Acquisition Website at http://www.statebuy.gov/home.htm to see the links to the FAR. You may also use a network "search engine" (e.g., Yahoo, Infoseek, Alta Vista, etc.) is suggested to obtain the latest location of the most current FAR.

FEDERAL ACQUISITION REGULATION (48 CFR CH. 1)

E.2. The following clause applies for services provided under Subsection B.3.3, Vehicles and B.3.4, Communications Equipment, and their respective items in optional periods of performance, if vehicles and/or communications equipment are required to be provided by the Contractor.

52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)

E.3. The following clause applies for all other services provided under the contract.

52.246-6 INSPECTION--TIME-AND-MATERIAL AND LABOR-HOUR (JAN 1986)

E.4. Acceptable Levels of Performance. When the Contractor fails to provide the services required by this contract, the Government shall assess a deduction for each instance of non-performance in accordance with Exhibit C - ACCEPTABLE QUALITY AND DEDUCT SCHEDULES. The Government shall deduct said amounts from the next monthly payment.

## SECTION F

## DELIVERIES OR PERFORMANCE

F.1 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address:

http://www.arnet.gov/far or, http://farsite.hill.af.mil/search.htm

These addresses are subject to change. If the Federal Acquisition Regulation (FAR) is not available at the locations indicated above, use the Department of State Acquisition Website at http://www.statebuy.gov/home.htm to see the links to the FAR. You may also use a network "search engine" (e.g., Yahoo, Infoseek, Alta Vista, etc.) is suggested to obtain the latest location of the most current FAR.

FEDERAL ACQUISITION REGULATION (48 CFR CH. 1)

F.2 The following clauses apply only to the fixed price items in Section B (e.g., vehicles and communications equipment).

52.242-15 STOP-WORK ORDER (AUG 1989)
52.242-17 GOVERNMENT DELAY OF WORK (APR 1984)

F.3. The following clause applies for services provided on a time and materials basis (e.g., all items in Section B except for vehicles and communications equipment, which are firm-fixed price items).

52.242-15 STOP-WORK ORDER (AUG 1989) ALTERNATE I (APR 1984)

F.4. Period of Performance.

F.4.1. The performance period of this contract is from the date of Notice to Proceed and continuing for 12 months, with four, one-year options to renew. The initial period of performance includes any transition period authorized under the contract.

F.4.2. The Government may extend this contract in accordance with the option clause at Subsection I.1.2, FAR Clauses Incorporated by Full Text (FAR 52.217-9, Option to Extend the Term of the Contract (Deviation), which also specifies the total duration of this contract.

F.4.3 The Government may exercise the option set forth at Subsection I.1.1, "FAR 52.217-8, Option to Extend Services", within the currently ongoing period of performance or within 30 days after funds for the option become available, whichever is later.

F.5. Notice to Proceed

Immediately upon receipt of notice of award, by letter or by receipt of a fully executed contract, the Contractor shall complete the steps already commenced which are necessary to obtain all required licenses, permits, and insurance. See Subsection H.7.6 for details regarding Government assistance in this process. See also Subsection L.9 for information on obtaining licenses and permits.
Following receipt from the Contractor of acceptable evidence that the Contractor has obtained all required licenses, permits and insurance, the Government shall issue a Notice to Proceed.

On the date established in the Notice to Proceed (this notice will allow a minimum of ten (10) calendar days from the date of the Notice to Proceed, unless the Contractor agrees to an earlier date), the Contractor shall commence performance of the services required hereunder. This performance shall be in conformance with the Transition Plan, addressed in Subsection H.9., followed by full performance at the conclusion of the transition period.

If the Contractor has provided evidence of licenses, permits, and insurance as part of his proposal, a Notice to Proceed may be issued simultaneous with contract award. If the Contractor has all required licenses, permits and insurance by the time of contract award, evidence of same must be presented to the Contracting Officer within five (5) calendar days of contract award.

F.6. Deliverables

The Contractor shall provide the following deliverables/submittals within the time frames identified below:

| | DELIVERABLE | DUE DATE* |
|---|---|---|
| (1) | (1) Licenses and permits - H.7.6 | Not later than 60 days after contract award |
| | (2) Insurance - H.7.5 | Not later than 60 days after contract award |
| | (3) Guard Electronic Monitoring System Reports - C.1.5.1.2 | Daily, weekly, monthly |
| | (4) Weekly Guard Post Schedule - C.3.1 | Not later than 12 noon of the last day of the work week for the upcoming work week. |
| | (5) Summary Individual Investigation - H.2.1 | 5 days prior to employee being assigned to guard duties |
| | (6) Inventory Reports - H.3.2 | Not later than 15 days after inventory completion |
| | (7) Transition Plan - H.9.3 | 5 days after Post Award Conference |

| | |
|---|---|
| (8) Organization Chart - C.3.1.3 | 10 days after contract award |
| (9) Completed Employee Checklist - H.2.1.2. | 5 days prior to employee being assigned to guard duties |
| (10) Surveillance Detection Reports (H.5.4.5.1) | See Exhibit B |

*** All days are calendar days.**

**See also F.5, "Notice to Proceed."**

## SECTION G

## CONTRACT ADMINISTRATION DATA

G.1. The following clause applies for all services provided under this contract.

G.1.1. CONTRACTING OFFICER'S REPRESENTATIVE (COR)
DOSAR 652.242-70 (DEC 1994)

(a) The Contracting Officer may designate in writing one or more Government employees, by name and position title, to take action for the Contracting Officer under this contract. Each designee shall be identified as a Contracting Officer's Representative (COR). Such designation(s) shall specify the scope and limitations of the authority so delegated; provided, that the designee shall not change the terms or conditions of the contract, unless the COR is a warranted Contracting Officer and this authority is delegated in the designation.

(b) The COR is the Regional Security Officer (RSO).

G.1.2. COR ACCEPTANCE DUTIES

One of the duties which will be set forth in any COR designation letter will be the duty of inspection and acceptance of services. This will include random inspections of Contractor performance to ensure compliance with contract specifications and review of Contractor invoices, including the supporting documentation required by G.2.2.

G.2 Invoicing Instructions.

G.2.1 Number of Copies and Location. Contractor shall be required to submit a single invoice for all services under this contract, an original and three (3) copies, to the Contracting Officer's Representative at the following address (designated office only for purpose of submitting invoices):

American Embassy
Budget and Fiscal Office
P.O. Box 24536
1385 Nicosia, Cyprus

G.2.2. Required Information. The invoice shall be submitted so that it contains all the information required in this G.2.2, FAR 52.232-25, "Prompt Payment" and Section J, Exhibit I, which is an invoice model reflecting the detail required when billing.

The invoice must address each element of the services provided as listed within clauses B.3.7, B.4.1.7, B.4.2.7, B.4.3.7 and B.4.4.7 separately. This information will be set forth so that the invoice contains the element description, unit price, number of units worked (invoiced) and a total amount for element billed.

In addition, the Contractor shall provide the following support for each request for payment for Standard and Additional or Emergency Services:

Time sheets to support the number of hours worked, by guard post.

For additional or emergency services, copy(s) of the COR's written confirmation of the request for the services.

Invoices claiming reimbursement under the "Materials or Equipment" item, relating to Additional or Emergency Services, shall be supported by the following data:

Copies of receipts reflecting the cost to the Contractor of the materials or equipment.

G.2.3. Sample Invoice. A sample invoice is set forth as Exhibit I. The sole purpose of this model is to reflect the level of detail necessary regarding the amounts billed. This model is for illustrative purposes only.

G.2.4. All payments to foreign firms as defined in B.1.1 shall be made in Cypriot Pounds. U.S. firms may be paid in U.S. dollars if requested.

G.2.5. Value Added Tax (VAT). The sample of a portion of an invoice set forth in Exhibit I reflects a line for VAT. The Contractor shall reflect this as a separate charge on the invoice, as reflected in the sample.

## SECTION H

## SPECIAL CONTRACT REQUIREMENTS

H.1. RESERVED

H.2. Security. The Government reserves the right to deny access to U.S.-owned and U.S.-operated facilities to any individual. The Contractor shall provide the names, biographic data and police clearance on all Contractor personnel who shall be used on this contract prior to their utilization. For any non-Cypriot employee, the Contractor shall also provide a police clearance from that person's country of origin and extended residency. (See Subsections H.2.1, Government Approval and Acceptance of Contractor Employees, and H.5, Personnel Requirements). Upon approval of their utilization, the Government shall issue identity cards to Contractor personnel, each of whom shall display his/her card(s) on the uniform at all times while on Government property or while on duty at private residences. These identity cards are the property of the Government and the Contractor is responsible for their return upon termination of the contract, when an employee leaves Contractor service, or at the request of the Government.

H.2.1. Government Approval and Acceptance of Contractor Employees. The Contractor shall subject its personnel to the Government's approval. All employees must pass a suitable investigation conducted by the Contractor, including proof of successful employment during the past three years as well as recommendation(s) from their respective supervisor(s). Also required is a police check covering criminal and/or subversive activities, a check of personal residence, and a credit investigation. All such investigations shall be provided in summary form to the COR for review and approval or disapproval. The investigation record shall be part of the administrative file, see subsection C.1.5.9.2. The Contractor shall not use any employees under this contract without Government approval. The Contractor shall not bill for employees who have not received approval under this clause.

H.3. Government Furnished Property/Equipment. The Contractor has the option to reject any or all Government furnished property or items (see Exhibit E - GOVERNMENT FURNISHED PROPERTY). However, if rejected, the Contractor shall provide all necessary property, equipment or items, adequate in quantity and suitable for the intended purpose, to perform all work and provide all services at no additional cost to the Government. All Government furnished property or items shall be used only in connection with performance under this contract. The Contractor is responsible for the proper care, maintenance and use of Government property in its possession or control from time of receipt until properly relieved of responsibility in accordance with the terms of the contract. Negligent use of Government furnished property that results in damage or destruction is cause for repair or replacement at the Contractor's expense.

H.3.1. The Contractor shall maintain written records of work performed, and report the need for major repair or replacement work for Government property in its control. The Contractor shall assure that the Government property will be used only for those purposes authorized in the contract and that any required approvals for use will be obtained prior to use.

H.3.2. The Contractor shall physically inventory all Government property in its possession. Physical inventories consist of sighting, tagging or marking, describing, recording, reporting and reconciling the property with written records. The Contractor shall conduct these physical inventories semi-annually, as directed by the COR, and at termination or completion of the contract. Unless approved in advance by the Contracting Officer, these inventories shall be performed by personnel other than those who maintain the property records or who have custody of the property.

H.4. Standards of Conduct.

H.4.1. General. The Contractor shall maintain satisfactory standards of employee competency, conduct, cleanliness, appearance and integrity and shall be responsible for taking such disciplinary action with respect to employees as may be necessary. Each Contractor employee is expected to adhere to standards of conduct that reflect credit on themselves, their employer, and the United States Government. Guards must at all times use politeness and courtesy when dealing with visitors to the Government's offices and residences.

The Contractor shall notify the COR of proposed disciplinary actions 24 hours in advance.

In addition, the Government reserves the right to direct the Contractor to remove an employee from the worksite for failure to comply with the standards of conduct. The Contractor shall immediately replace such an employee to maintain continuity of services at no additional cost to the Government.

H.4.2. Appearance. The Government requires a favorable image and considers it to be a major asset of a protective force. The employee's attitude, courtesy, and job knowledge are influential in creating a favorable image. However, the majority of people form an opinion by the appearance of uniformed employees. Therefore, all contract employees are required to wear a prescribed uniform while on duty. The Contractor shall ensure that guard personnel at all times present a neat appearance, paying particular attention to their personal hygiene, bearing, uniform and equipment.

H.4.3. Uniforms and Personal Equipment. The Contractor's employees shall wear clean, neat and complete uniforms when on duty. All employees shall wear uniforms approved by the Contracting Officer's Representative (COR) ( See Section G - CONTRACT ADMINISTRATION DATA). The Contractor shall provide for each guard and supervisor uniforms and personal equipment as detailed in Exhibit D - CONTRACTOR FURNISHED MATERIALS. The Contractor shall bear the cost of purchasing, cleaning, pressing, and repair of the uniforms. The Contractor shall ensure that no items of uniform or equipment are worn, displayed, or used by any employee while they are in an off-duty status.

H.4.4. Local Guard Force - Marine Security Guard Relationship. Although the U.S. Marine Security Guards do not have a direct supervisory role in the management of the local guard force, they do serve as a communications link between the COR, other Government officers, and the

local guard force. When on duty at a specific post that is augmented with a local guard, the Marine guard has primary responsibility for the security and operation of that post.

H.4.5. Neglect of duties shall not be condoned. This includes sleeping while on duty, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during duty hours and refusing to render assistance or cooperate in upholding the integrity of the worksite security.

H.4.6. Disorderly conduct, use of abusive or offensive language, quarreling, intimidation by words, actions or fighting shall not be condoned. Also included is participation in disruptive activities which interfere with normal and efficient Government operations.

H.4.7. Intoxicants. The Contractor shall not allow its employees while on duty to possess, sell, consume, or be under the influence of intoxicants, drugs or substances which produce similar effects.

H.4.7.1. Consumption of Alcohol. The drinking of alcoholic beverages while on duty or eight hours prior to assuming a period of duty is prohibited. No guard who has consumed alcohol during this period will be posted.

H.4.7.2. Relief by an Intoxicated Person. If a security guard has reason to believe that his relief is intoxicated he will not allow himself to be relieved and will immediately notify his supervisor or COR as appropriate for guidance.

H.4.7.3. Narcotics. The use of narcotics or other controlled substances without a prescription from a licensed physician is prohibited.

H.4.7.4. Use of Prescription Drugs. The use of prescription drugs by a security guard must be reported through the supervisor to the COR before assuming guard duty.

H.4.8. Criminal Actions. Contractor employees may be subject to criminal actions as allowed by law in certain circumstances. These include but are not limited to the following actions: falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records or concealment of material facts by willful omission from official documents or records; unauthorized use of Government property, theft, vandalism, or immoral conduct; unethical or improper use of official authority or credentials; security violations; organizing or participating in illegal gambling in any form; and misuse of weapons (misuse of weapons shall not be applicable to this contract if the guards do not carry weapons).

H.4.9. Key Control. The Contractor shall receive, secure, issue and account for any keys issued for access to buildings, offices, equipment, gates, etc., for the purposes of this contract. Keys shall not be duplicated without the COR's approval. Where it is determined that the Contractor or its agents have duplicated a key without permission of the COR, the Contractor shall remove the individual(s) responsible from performing work under the contract. If the Contractor has lost any

such keys, the Contractor shall immediately notify the COR. In either event, the Contractor shall reimburse the Government for the cost of re-keying that portion of the system so compromised.

H.5. Personnel Requirements.

H.5.1. Education/Experience. All employees must be fluent in Greek. All employees, except residential guards, must be literate to the extent that they can read and understand printed instructions, maps, or orders. Residential guards must demonstrate the ability to carry out instructions.

For the project manager, secondary school completion (or equivalent) and a minimum of five years police, similar military, or local guard force management experience is required. Some university, police academy, or technical specialist training, prior guard-force management, and at least half of guard work experience being at senior supervisory or command levels is desirable. Level 4 English is required. (See subsection H.5.1.1.)

For the guard force commander, a minimum of five years of police, similar military, or local guard force management experience is required. Experience with guard force supervision is also required. Secondary school completion and advance security training is highly desirable. Level 4 English is required. (See subsection H.5.1.1.)

For the guard force supervisors, a minimum of three years of police, similar military, or local guard force experience is required. Secondary school completion, advance security training and experience with guard force supervision is highly desirable. Level 4 English is required. (See subsection H.5.1.1.)

H.5.1.1. Language Proficiency. Employees assigned to certain guard posts must have sufficient English language ability to converse with English speaking employees and visitors and read some printed material. The required levels of language proficiencies as defined below are required at guard posts as indicated in Exhibit A, Guard Posts and Schedule of Guard Coverage.

Level 1 - Can initiate and maintain predictable face-to-face conversations and satisfy limited demands. Must have sufficient reading comprehension to understand simple expressions in printed form for informative purposes.

Level 2 - Able to verbally satisfy routine demands and limited work requirements. Sufficient reading comprehension to read simple written material in a form equivalent to usual printing or typescript on subjects within a familiar context.

Level 3 - Able to satisfy most work requirements with language usage that is often, but not always, acceptable and effective. Sufficient reading comprehension to understand most factual material of a non-technical nature as well as some discussions on concrete topics related to special professional needs.

Level 4 - Able to speak English with sufficient structural accuracy and vocabulary to participate effectively in most formal and informal conversations on practical, social, and professional topics. Able to read with almost complete comprehension prose on unfamiliar topics.

H.5.2. Health. All employees must be well proportioned in height and weight and in good general health without physical defects or abnormalities which would interfere with the performance of their duties, including standing for prolonged periods in performance of guard duty. They shall be free from communicable disease. They shall possess binocular vision, correctable to 20/30 (Snellen) and shall not be color blind. They shall be capable of hearing ordinary conversation. Physical fitness shall be evidenced by a certification from a licensed physician, based on a physical examination conducted prior to the employee's assignment to duty and annually thereafter. This certification will be maintained in the administrative file referenced in C.1.5.9.2.

H.5.3. Alertness. No employee of the Contractor shall work a tour of duty of more than 12 continuous hours and each Contractor guard shall have a minimum of 12 hours off duty between tours on this contract, except in emergency situations. No employee of the Contractor shall accept employment with any other firm or institution while employed under this contract without the prior written approval of the COR. Further, any guard accepted for assignment to mission posts shall not be assigned duties with another client of the Contractor without the prior written approval of the COR. The contractor shall not bill for employee hours that exceed the 12 hour tour length.

H.5.4. Training Requirements. The types of training required for this contract are basic training, annual recertification training and GEMS training. Training requirements listed hereunder apply to all employees assigned a position listed in Exhibit A. The contractor shall maintain employee training records to document the training each employee receives. These records shall be part of the administrative files, see C.1.5.9.2.

H.5.4.1. Basic Training. Prior to assigning an employee, the Contractor shall, at the Contractor's expense, have the employee satisfactorily complete a program of basic training approved by the COR. This program shall include the following activities and be no less than 120 hours, including 40 hours of firearms training (if firearms are required). Unarmed personnel shall receive no less than 80 hours of training. This Basic Training requirement does not apply to employees who have been hired under the right of first refusal of employment clause found at I.3.

Orientation. Introduction to the training program, training objectives, the role of the guard force in the Mission Security Plan. The post Regional Security Officer (RSO) shall participate in this block of instruction.

U.S. Government Assets. Description of U.S. assets to be protected, name, location, function. The RSO shall provide this information.

Local Law and the Power of Arrest. The powers and legal limitations of the guard to use force and arrest offenders; the relationship of the guard force to the host government security forces.

Terrorism and Criminality. Description of the nature of the threat to U.S. assets with examples.

Fires and Explosions. Description of the threat to assets of fire and explosions with examples of attacks in the past.

Mission Emergency Plans. Role of the guard force in cases of fire, explosions, bomb search and building evacuation. The RSO shall provide this information.

Physical Security Measures Employed by the Mission. Description of the access control systems employed, of alarms used (anti-intrusion and fire).

Basic Guard Duties. General description of guard actions for protection of facilities and residences. Denial of access to unauthorized persons, maintenance of guard force records, logs and preparation of reports.

Guard Force Communications. Procedures to be used in case of incident; notification of others; use of radio equipment.

General Orders and Post Orders. Details of the approved Exhibit B - AMERICAN EMBASSY GUARD INSTRUCTIONS -- GENERAL ORDERS AND POST ORDERS, in training programs for the guards and supervisors. Emphasis on guard responsibilities, deportment, penalties for commission of violations of orders.

Maintenance of Post Logs and Preparation of Incident Reports. Procedures for preparation of daily logs of incident reports covered.

Unarmed Defense and Restraint of Disorderly Persons. Procedures for defending against physical attack; procedures for restraining others; guidance on the use of force.

The Use of Personal Equipment. Procedures for the use of the baton, handcuffs, and Mace, as appropriate.

Access Control Equipment Use and Procedures. Use of electronic body and package search equipment; body search manually; vehicle search, building search for suspected bombs; visitor control systems, including badge issuance and control. (General coverage of this subject for all guard personnel, with special hands-on training to be provided to those to be assigned to access control duties.)

Observation Techniques. Use of observation techniques for static guards, mobile patrol units, and foot patrols to identify, report and record suspicious acts and persons **with special emphasis on surveillance detection techniques for all guards**.

Dealing with U.S. Government Employees and the General Public. Procedures to be used when conversing with USG employees and the general public; actions to be taken when confronted by hostile individuals and mentally disturbed persons.

H.5.4.2 Firearms Qualification. RESERVED

H.5.4.3 Annual Recertification Training. Each employee must successfully complete a total of 16 hours of annual recertification training. The annual retraining time of an employee is computed from the completion date of the previous training for that particular employee. Employees are prohibited from providing services under this contract if they are not certified on all required training. The training shall include any new material bearing on the performance of local guard duties.

H.5.4.4. GEMS Training. Each supervisor and any other employee utilizing GEMS will receive training in the proper use of the system. For these employees, GEMS training shall also be part of their annual recertification training.

H.5.4.5 Surveillance Detection Equipment. Each Surveillance Detection Specialist and Supervisor will receive training in the proper use of the following equipment. For those employees this training shall also be part of their annual recertification training. See H.5.4.3.

-- Binoculars
-- Video Camera
-- Digital Camera
-- 35mm SLR Camera
-- Night Vision Devices
-- Micro Cassette Recorder
-- Cellular Telephone
-- Automobile, Motorcycle, and Bicycle

H.6. Weapons. The guards shall not be armed.

H.7. Authority and Jurisdiction.

H.7.1. Authority. Authority of the Contractor's personnel to detain and/or make arrests shall be that of private citizens as defined by host country law.

H.7.2. Bonds. The Contractor shall provide all official bonds required, pay any fees or costs involved or related to the authorization for the equipping of any employees engaged in providing services specified under this contract.

H.7.3. Employee Salary Benefits. The government shall have no responsibility or liability for payment of any wages or benefits to Contractor's employees, including those associated with severance pay as defined by local law. The Government, its agencies, agents, and employees shall not be part of any legal action or obligation regarding these benefits which may subsequently arise. Where local law requires bonuses, specific minimum wage levels, premium pay for holidays, payments for social security, pensions, severance pay, sick or health benefits, child care or any other benefit, the Contractor is responsible for payments of such costs and must include all such costs in the hourly rates incorporated in this contract.

H.7.4. Personal Injury, Property Loss or Damage (Liability). The Contractor hereby assumes absolute responsibility and liability for any and all personal injuries or death and/or property damage or losses suffered due to negligence of the Contractor's personnel in the performance of the services required under this contract. The Contractor's assumption of absolute liability is independent of any insurance policies.

H.7.5. Insurance. The Contractor, at its own expense, shall provide and maintain during the entire period of performance of this contract, whatever insurance is legally necessary. The Contractor shall procure and maintain during the entire period of performance under this contract the following minimum insurance:

| | |
|---|---|
| Automobile Liability | |
| Bodily injury | CYP 200,000 per person and<br>CYP 500,000 per occurrence |
| Property damage | CYP 50,000 per occurrence |
| Comprehensive General Liability | |
| Bodily injury | CYP 500,000 per occurrence |
| Workers' Compensation and Employer's Liability | |
| Workers' Compensation and Occupational Disease | Statutory, as required by Government of Cyprus laws |
| Employer's Liability | CYP 2 million |

H.7.5.1 The Contractor agrees that the Government shall not be responsible for personal injuries or for damages to any property of the Contractor, its officers, agents, servants, and employees, or any other person, arising from and incident to the Contractor's performance of this contract. The Contractor shall hold harmless and indemnify the Government from any and all claims arising therefrom, except in the instance of gross negligence on the part of the Government.

H.7.6. Permits. Without additional cost to the Government, the Contractor shall obtain all permits, licenses, and appointments required for the prosecution of work under this contract. The Contractor shall obtain these permits, licenses, and appointments in compliance with applicable

host country laws. The Contractor shall provide evidence of possession or status of application for such permits, licenses, and appointments to the Contracting Officer with his proposal.

Failure to provide evidence of appropriate progress toward receipt of such permits so as to be fully licensed by date planned for commencement of contract performance may result in Contractor being found nonresponsible (not eligible for award) or result in contract termination if required documents are subsequently denied or withdrawn by the local authorities. Application, justification, fees, and certifications for any licenses required by the host government are entirely the responsibility of the Contractor.

Once the contract is awarded, the embassy will assist the Contractor to obtain permits and licenses as necessary. All assistance must be requested by the Contractor in written form, submitted to the Contracting Officer.

H7.7. RESERVED

H.8 Post Award Conference

Within 10 days after contract award, a post award conference will be held at the Embassy, the precise location, date and time to be provided by the Government at time of award. At the beginning of this conference, the Contractor shall present his detailed transition plan, which is further addressed in H.9 below.

H.9 Transition Plan

H.9.1 General. As part of his proposal, the Contractor was required to submit a Preliminary Transition Plan. That plan should form the basis for the Transition Plan, which is a required deliverable under this contract.

H.9.2 Specific Transition Plan Issues. The Contractor shall take the Preliminary Transition Plan submitted as part of his proposal (L.1.3.3(c)) and update and augment that document, so that it addresses, as a minimum, the following areas:

- **Recruitment**

  Types of advertising or other methods of identifying potential candidates
  Plans to interview incumbent's employees
  Plans for employee clearances
  Planned commencement and completion dates of recruitment

- **Training of New and Incumbent Employees**

  Types of training
  Length of training
  Identify which employees (by category) must be trained

Planned commencement and completion dates of training

- **Licenses and Permits**

  Identify all licenses and permits required to perform
  Indicate which licenses and permits are in the offeror's possession, which must still be obtained, and the planned date by which each license or permit will be obtained
  Identify the type of assistance expected from embassy staff in obtaining licenses and permits

- **Insurance**

  Types of insurance which must still be obtained
  Planned date by which all insurance will be obtained

- **Identification of Priority Guard Posts**
  Assign priority to the selection, training, and clearance of all guard supervisors to be used under the contract

- **Phase-In**

  Identify how the Contractor plans to interact with the outgoing incumbent Contractor
  Planned commencement and completion dates of phase-in

- **Plans for Relief Guards**

- **Timeline Interrelating All Transition Activities**

The planned completion and timeline dates can be expressed as a calendar date, or as "X" number of days after occurrence of another event, such as contract award. For instance, if the Contractor does not plan to commence phase-in until all recruitment is completed, the date would be reflected as "X" number of days after completion of recruitment.

H.9.3. Completion of Transition Plan. The Transition Plan will be discussed during the Post Award Conference, with the Government providing input and recommendations. See F.6, "Deliverables" for due date and distribution of final Transition Plan.

H.10. Phased Takeover. It is preferred that the Contractor begin full performance of the contract requirements on a specified change-over date. In the event of a phased take-over, the awardee would receive payment only for hours provided. Failure of the awardee to complete transition within 90 days of notice of award or by commencement date specified in the Notice to Proceed, whichever is later, is grounds for termination of the contract for default.

H.11. Continuity of Services.

The Contractor shall comply with Section I.1.2, FAR clause 52.237-3 during any transition period.

H.12 Key Personnel.

H.12.1. The Contractor shall assign to this contract the following key person to the identified position/function:

| Position/Function | Name |
|---|---|
| Project Manager | George Danos |
| Guard Force Commander | Andreas Constantinou |
| SD Supervisor | Marinos Stylianides |
| Supervisors (3) | Sotiris Charalambous |
| | Andreas Erotocritou |
| | Marios Kypri |

H.12.2. During the first 90 days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph H.12.3. to the Contracting Officer at least 15 days prior to making any permanent substitutions.

H.12.3. The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitution, complete resume for the proposed substitute, and any additional information requested by the Contracting Officer. The proposed substitute must possess qualifications comparable to the original key person, as well as satisfying any minimum standards set forth elsewhere in the solicitation/contract. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on the substitution. This clause will be modified to reflect any changes in key personnel.

H.13. Variation in Quantity

(a) The Government reserves the right to increase or decrease from time to time the number of hours required for each labor category of Standard Services as specified in Sections B.3.1, B.4.1.1, B.4.2.1, B.4.3.1, and B.4.4.1.

(b) Separately from Standard Service hours, the Government reserves the right to increase or decrease from time to time the number of hours required for each labor category of Additional and Emergency Services as specified in Sections B.3.2, B.4.1.2, B.4.2.2, B.4.3.2, and B.4.4.2.

(c) Notwithstanding any other clause of this contract, as long as the number of hours required as the result of any such increases or decreases is not less than 75% and does not exceed 125% of the number of hours specified for that labor category in the applicable subsection of Section B, neither the contractor nor the Government shall be entitled to an adjustment of the labor hour rates.

(d) If the number of hours required as the result of any such increases or decreases is less than 75% or more than 125% of the number of hours required for the labor category in the applicable subsection of Section B in Standard Services or Additional and Emergency Services but not in combination, then the Government or the contractor may request adjustment of the labor hour rates under the applicable Changes clause (FAR 52.243-3) or Termination (FAR 52.249-6) clause, but, notwithstanding any other clause of this contract, the allowable adjustment shall be based solely upon any increase or decrease in costs due solely to the variation above 125% or below 75%. Requests for such adjustments must be made within 90 days of the change in requirements that exceed this 25% swing.

H.14. Vehicles. The Contractor shall provide all vehicles necessary for the performance of this contract. All vehicles shall be kept in safe operating condition at all times with a valid safety inspection sticker attached if required by local law. The Contractor shall provide all fuel and lubricants for the vehicles.

## PART II - CONTRACT CLAUSES

## SECTION I

## CONTRACT CLAUSES

I.1. The following clauses apply for all services provided under this contract.

FEDERAL ACQUISITION REGULATION (FAR)(48 CFR CHAPTER 1) CLAUSES

I.1.1. FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address:

http://www.arnet.gov/far or, http://farsite.hill.af.mil/search.htm

These addresses are subject to change. If the Federal Acquisition Regulation (FAR) is not available at the locations indicated above, use of a network "search engine" (e.g., Yahoo, Infoseek, Alta Vista, etc.) is suggested to obtain the latest location of the most current FAR.

| | |
|---|---|
| 52.202-1 | DEFINITIONS (OCT 1995) |
| 52.203-3 | GRATUITIES (APR 1984) |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995) |
| 52.203-7 | ANTI-KICKBACK PROCEDURES (JUL 1995) |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997) |
| 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996) |

| | |
|---|---|
| 52.215-2 | AUDIT AND RECORDS NEGOTIATION (AUG 1996) |
| 52.215-8 | ORDER OF PRECEDENCE -UNIFORM CONTRACT FORMAT (OCT 1997) |
| 52.215-14 | INTEGRITY OF UNIT PRICES (OCT 1997) |
| 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA - MODIFICATIONS (OCT 1997) |
| 52.217-8 | OPTION TO EXTEND SERVICES (AUG 1989) |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997) |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (OCT 1996) |
| 52.225-14 | INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT (AUG 1989) |
| 52.228-3 | WORKERS COMPENSATION INSURANCE (DEFENSE BASE ACT)(APR 1984) |
| 52.228-4 | WORKERS' COMPENSATION AND WAR-HAZARD INSURANCE OVERSEAS (APR 1984) |
| 52.228-5 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION (JAN 1997) |
| 52.229-6 | TAXES - FOREIGN FIXED PRICE CONTRACTS (JAN 1991) |
| 52.232-1 | PAYMENTS (APR 1984)* |
| 52.232-7 | PAYMENTS UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (FEB 1997) |
| 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT (APR 1989) |
| 52.232-11 | EXTRAS (APR 1984) |
| 52.232-17 | INTEREST (JUN 96) |
| 52.232-18 | AVAILABILITY OF FUNDS (APR 1984) |
| 52.232-24 | PROHIBITION OF ASSIGNMENT OF CLAIMS (JAN 1986) |

| | |
|---|---|
| 52.232-25 | PROMPT PAYMENT (JUN 1997) |
| 52.232-34 | PAYMENT BY ELECTRONIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999) |
| 52.233-1 | DISPUTES (DEC 1998) ALTERNATE I (DEC 1991) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1996) ALTERNATE I (JUN 1985) |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984) |
| 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS (OCT 1995) |
| 52.242-13 | BANKRUPTCY (JUL 1995) |
| 52.243-1 | CHANGES--FIXED PRICE - ALTERNATE II (AUG 1987)* |
| 52.243-3 | CHANGES - TIME AND MATERIALS OR LABOR HOURS (AUG 1987) |
| 52.244-3 | SUBCONTRACTS (TIME AND MATERIALS AND LABOR-HOURS CONTRACTS)(APR 1985) |
| 52.245-1 | PROPERTY RECORDS (APR 1984) |
| 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS)(DEC 1989) |
| 52.246-25 | LIMITATION OF LIABILITY - SERVICES (FEB 97) |
| 52.248-1 | VALUE ENGINEERING (MAR 1989) |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED PRICE) (SEP 1996)* |
| 52.249-6 | TERMINATION (COST-REIMBURSEMENT) (SEP 1996) ALTERNATE IV (APR 1984) |
| 52.249-8 | DEFAULT - FIXED PRICE SUPPLY AND SERVICE (APR 1984)* |
| 52.249-14 | EXCUSABLE DELAYS (APR 1984) |

* Applies only to the fixed price portion of this contract.

I.1.2. FAR CLAUSES INCORPORATED IN FULL TEXT

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DOSAR (48 CFR Ch. 6) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 1989) (DEVIATION)

(a) The Government may extend the term of this contract by written notice to the Contractor within the performance period of the contract or within 30 days after funds for the option year become available, whichever is later.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed five years.

52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond 30 September of each Government fiscal year. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond 30 September of each Government fiscal year, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

52.237-3 CONTINUITY OF SERVICES (JAN 1991)

(A) The Contractor recognizes that the services under this contract are vital to the government and must be continued without interruption and that, upon contract expiration, a successor, either the government or another contractor, may continue them. The Contractor agrees to (1) furnish phase-in training and (2) exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

(B) The Contractor shall, upon the contracting officer's written notice, (1) furnish phase-in, phase-out services for up to 90 days after this contract expires and (2) negotiate in good faith a

plan with a successor to determine the nature and extent of phase-in , phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the contracting officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(C) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct on site interviews with these employees. If selected employees are agreeable to the change, the contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(D) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

52.244-6 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERICAL COMPONENTS (APR 1998)

(a) *Definitions.*

"Commercial item", as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-25, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212(a));

(3) 52.222-26, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

I.1.3. DEPARTMENT OF STATE ACQUISITION REGULATION CLAUSES

652.228-70 INDEMNIFICATION (JUL 1988)

The Contractor expressly agrees to indemnify and to save the Government, its officers, agents, servants, and employees harmless from and against any claim, loss, damages, injury, and liability, however caused, resulting from or arising out of the Contractor's fault or negligence in connection with the performance of work under this contract. Further, it is agreed that any negligence of the Government, its officers, agents, servants, and employees, shall not be a bar to a claim for indemnification unless the act or omission of the Government, its officers, agents, servants, and employees is the sole, competent, and producing cause of such claim, loss, damages, injury, or liability.

652.246-70 COMMERCIAL WARRANTY (JUL 1988)

The Contractor agrees that the supplies and services furnished under this Contract shall be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services. The rights and remedies provided herein are in addition to and do not limit any rights afforded the Government by any other clause of this Contract.

I.2. TRAVEL AND SUBSISTENCE PAYMENTS

When the Government requires the Contractor's services outside the metropolitan area of Nicosia, Cyprus, travel and subsistence will be provided by the Embassy.

I.3. RIGHT OF FIRST REFUSAL OF EMPLOYMENT

The Contractor shall give those guards under contract employment who are terminated as a result of a change in Contractors the right of first refusal for employment openings under this contract in positions for which they are qualified.

I.4 SECTION 8(A) OF THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED

(a) Section 8(a) of the Export Administration Act of 1979, as amended (50 U.S.C. APP. 2407(a)), prohibits compliance by U.S. persons with any boycott fostered by a foreign country against a country which is friendly to the United States and which is not itself the object of any form of boycott pursuant to United States law or regulation. The Boycott of Israel by Arab League countries is such a boycott, and therefore, the following actions if taken with intent to comply with, further, or support the Arab League Boycott of Israel, are prohibited activities under the Export Administration Act:

(1) Refusing, or requiring any U.S. person to refuse, to do business with or in Israel, with any Israeli business concern, or with any national or resident of Israel, or with any other person, pursuant to an agreement with, a requirement of, or a request from or on behalf of a boycotting country;

(2) Refusing, or requiring any U.S. person to refuse to employ or otherwise discriminating against any person on the basis of race, religion, sex, or national origin of that person or of any owner, officer, director, or employee of such person;

(3) Furnishing information with respect to the race, religion, or national origin or any U.S. person or of any owner, officer, director, or employee of such U.S. person;

(4) Furnishing information about where any person has, has had, or proposed to have any business relationship (including a relationship by way of sale, purchase, legal or commercial representation, shipping or other transport, insurance, investment, or supply) with or in the State of Israel, with any business concern organized under the laws of the State of Israel, with any Israeli national or resident, or with any other person which is known or believed to be restricted from having any business relationship with or in Israel;

(5) Furnishing information about whether any person is a member of , has made contributions to, or is otherwise associated with or involved in the activities of any charitable or fraternal organization which supports the State of Israel;

(6) Paying, honoring, confirming or otherwise implementing a letter of credit which contains any condition or requirement the compliance with which is prohibited by Section 8 (a).

(b) Under section 8(a), the following types of activities are not forbidden "compliance with the boycott," and are therefore exempted from Section 8(a)'s prohibitions listed in paras. (1) - (6) above:

(1) Complying or agreeing to comply with requirements:

(i) prohibiting the import of goods or services from Israel or goods produced or services provided by any business concern organized under the laws of Israel or by nationals or residents of Israel into a boycotting country, or

(ii) prohibiting the shipment of goods to or through Israel on a carrier of Israel, or by a route other than that prescribed by the boycotting country or the recipient of the shipment;

(2) Complying or agreeing to comply with import and shipping document requirements with respect to certification of the country of origin, the name of the carrier and route of shipment, the name of the supplier of the shipment or the name of the provider of other services, except that no information knowingly furnished or conveyed in response to such requirements may be stated in negative, blacklisting, or similar exclusionary terms, other than with respect to carriers or route of shipments as may be permitted by such regulations in order to comply with precautionary requirements protecting against war risks and confiscation;

(3) Complying or agreeing to comply in the normal course of business with the unilateral and specific selection by a boycotting country, or national or resident thereof, of carriers, insurance,

suppliers of service to be performed within the boycotting country or specific goods which, in the normal course of business, are identifiable by source when imported into the boycotting country;

(4) Complying or agreeing to comply with export requirements of the boycotting country relating to shipments or transshipments of exports to Israel, to any business concern of or organized under the laws of Israel, or to any national or resident of Israel;

(5) Compliance by an individual or agreement by an individual to comply with the immigration or passport requirements of any country with respect to such individual or any member of such individual's family or with requests for information regarding requirements of employment of such individual within the boycotting country; and

(6) Compliance by a U.S. person resident in a foreign country or agreement by such person to comply with the laws of that country with respect to his activities exclusively therein, and such regulations may contain exceptions for such resident complying with the laws or regulations of that foreign country governing imports into such country of trademarked, trade named, or similarly specifically identifiable products, or components of products for his own use, including the performance or contractual services within that country, as may be defined by such regulations.

I.5 CONTRACT CHANGES

(a) Temporary Changes.

The COR may orally request changes on a temporary basis to meet revised security needs, provided that such changes do not exceed the ceiling price in the contract. Any changes thus requested will be paid at the rates set forth in Section B for Additional or Emergency Services (See also C.2.2.). The COR shall confirm each oral request in writing within 48 (forty-eight) hours of the oral request. If the Contractor has not received this written confirmation within 72 (seventy-two) hours, he shall immediately notify the Contracting Officer.

(b) Other Changes.

The changes in (a) above shall not result in changes to Exhibit A, as they represent only temporary services. Any long-term need for location changes shall be administered through formal contract modification to Exhibit A. If the Contractor has reason to believe that he has been directed by the COR to perform work that reflects a change to Exhibit A, he shall immediately notify the Contracting Officer in writing.