| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE S-CY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 | PAGE OF PAGES 1 \| 92 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| Modification No. 18 | January 1, 2004 | | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| American Embassy<br>P.O. Box 24536<br>1385 Nicosia, Cyprus | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(NO., street,city,county,State,and ZIP Code)* | | |
|---|---|---|
| Arko Executive Services Inc.<br>2400 Herodian Way<br>Suite 350<br>Smyrna, Atlanta<br>Georgia 30080-8500<br>Tel: 770-955-7275<br>Fax: 770-955-5095 | | 9a. AMENDMENT OF SOLICITATION NO. |
| | | 9b. DATED *(SEE ITEM 11)* |
| | X | 10a. MODIFICATION OF CONTRACT/ORDER NO. S-CY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 |
| | | 10b. DATED *(SEE ITEM 13)* April 1, 2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _______ copies of the amendment;(b) By acknowledging receipt of this amendment on each Copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.** If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-3, Changes-Time and Materials Contract |
| | D. OTHER *(Specify type of modification and authority)* |

E. **IMPORTANT:** Contractor [] is not, [X] is required to sign this document and return _one_ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

## PLEASE SEE ATTACHED PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME OF CONTRACTING OFFICER | |
|---|---|---|---|
| Michael Henderson<br>Project Manager | | Kurt J. Hoyer<br>General Services Officer | |
| 15B. NAME OF CONTRACTOR/OFFEROR<br>BY [signature]<br>*(Signature of person authorized to sign)* | 15C.DATE SIGNED<br>12/23/03 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C.DATE SIGNED<br>12/23/03 |

SF30

14. **DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This contract is hereby modified to reflect the deletion of Posts 80, 81, 82, 83, 84, 85 and 86:

1. The total number of standard hours for Third Option Year is reduced from 174,930 hours to 165,441, a reduction of 9,489 hours; and Fourth Option Year is reduced from 174,930 hours to 136,974 hours, a reduction of 37,956 hours.

2. Contractor Furnished Vehicles are eliminated - Section B.2.4 Vehicles is RESERVED.

3. Sections B.4.3, B.4.4, B.4.5, C, F, G, H and Section J, Exhibits A, B, C, D, E, and J are revised to read as attached.

4. The Contractor agrees that this is a complete and equitable adjustment for the changes identified in this modification.

5. Funding Summary: Previous Contract Total $6,216,525. This modification $(397,133). New Contract Total $5,819,392.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

## B.4.3. Third Option Year

B.4.3.1. Standard Services.

**April 1, 2003 - June 30, 2003**
**(3 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.38 | | 31,476 | | $ 200,817 |
| Guard Force Commander | $ 6.42 | | 1,095 | | $ 7,030 |
| SD Specialist | $ 6.42 | | 7,300 | | $ 46,866 |
| SD Supervisor | $ 6.51 | | 1,460 | | $ 9,505 |
| SD Commander | $ 6.42 | | 729 | | $ 4,680 |
| Supervisor | $ 6.42 | | 1,672 | | $ 10,734 |
| Subtotal | | | 43,732 | | $ 279,632 |

**July 1, 2003 - December 31, 2003**
**(6 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.49 | | 62,953 | | $ 408,565 |
| Guard Force Commander | $ 6.53 | | 2,190 | | $ 14,301 |
| SD Specialist | $ 6.53 | | 14,600 | | $ 95,338 |
| SD Supervisor | $ 6.62 | | 2,920 | | $ 19,330 |
| SD Commander | $ 6.53 | | 1,458 | | $ 9,521 |
| Supervisor | $ 6.53 | | 3,345 | | $ 21,843 |
| Subtotal | | | 87,466 | | $ 568,898 |

**January 1, 2004 - March 31, 2004**
**(3 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.49 | | 31,476 | | $ 204,279 |
| Guard Force Commander | $ 6.53 | | 1,095 | | $ 7,150 |
| Supervisor | $ 6.53 | | 1,672 | | $ 10,918 |
| Subtotal | | | 34,243 | | $ 222,347 |
| TOTAL | | | 165,441 | | $1,070,877 |

B.4.3.2.

Additional or Emergency Services.

**April 1, 2003 - June 30, 2003**
**(3 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.38 | | 900 | | $ 5,742 |
| Guard Force Commander | $ 6.42 | | 75 | | $ 482 |
| Supervisor | $ 6.42 | | 300 | | $ 1,926 |
| Subtotal | | | 1,275 | | $ 8,150 |

**July 1, 2003 - March 31, 2003**
**(9 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.49 | | 2,700 | | $ 17,523 |
| Guard Force Commander | $ 6.53 | | 225 | | $ 1,469 |
| Supervisor | $ 6.53 | | 900 | | $ 5,877 |
| Subtotal | | | 3,825 | | $ 24,869 |
| TOTAL | | | 5,100 | | $ 33,019 |

B.4.3.3.

Vehicles. The firm fixed-price for vehicles necessary for performance of this contract, as described in B.2.4., is

**April 1, 2003 - December 31, 2003**
**(9 months)**

| Monthly Rate x | Number of Months | = | Total Price |
|---|---|---|---|
| $ 2,250.00 | 9 | | $ 20,250 |

B.4.3.4. Reserved

B.4.3.5. Materials or equipment reimbursed for additional or emergency services shall not exceed ( see B.2.6.):

$ 1,000

B.4.3.6. Reserved

B.4.3.7. THIRD OPTION YEAR CONTRACT PRICE. THE TOTAL CEILING PRICE FOR THE THIRD OPTION YEAR IS THE SUM OF SUBTOTALS A AND B :

| | | Portion Subject To VAT |
|---|---|---|
| B.4.3.1. STANDARD SERVICES | $1,070,877 | $1,070,877 |
| B.4.3.2. ADDITIONAL SERVICES | $ 33,019 | $ 33,019 |
| B.4.3.3. VEHICLES | $ 20,250 | $ 20,250 |
| B.4.3.4. RESERVED | $ N/A | $ N/A |
| B.4.3.5. REIMBURSABLE MATERIALS | $ 1,000 | $ 1,000 |
| B.4.3.6. RESERVED | $ N/A | $ N/A |
| | | x 15 %(VAT) |
| SUBTOTALS: | A | B |
| | $1,125,146 | $168,772 |

**TOTAL CEILING PRICE FOR OPTION YEAR THREE ( A + B ) : $ 1,293,918**

B.4.4. Fourth Option Year April 1, 2004 - March 31, 2005.

B.4.4.1. Standard Services.

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.51 | | 125,905 | | $ 819,642 |
| Guard Force Commander | $ 6.55 | | 4,380 | | $ 28,689 |
| Supervisor | $ 6.55 | | 6,689 | | $ 43,813 |
| Subtotal | | | 136,974 | | $ 892,144 |

B.4.4.2.

Additional or Emergency Services.

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.51 | | 3,600 | | $ 23,436 |
| Guard Force Commander | $ 6.55 | | 300 | | $ 1,965 |
| Supervisor | $ 6.55 | | 1,200 | | $ 7,860 |
| Subtotal | | | 5,100 | | $ 33,261 |

B.4.4.3. Reserved

B.4.4.4. Reserved

B.4.4.5. Materials or equipment reimbursed for additional or emergency services shall not exceed ( see B.2.6.):

$ 1,000

B.4.4.6. Reserved

B.4.4.7. FOURTH OPTION YEAR CONTRACT PRICE. THE TOTAL CEILING PRICE FOR THE FOURTH OPTION YEAR IS THE SUM OF SUBTOTALS A AND B :

| | | Portion Subject To VAT |
|---|---|---|
| B.4.4.1. STANDARD SERVICES | $ 892,144 | $ 892,144 |
| B.4.4.2. ADDITIONAL SERVICES | $ 33,261 | $ 33,261 |
| B.4.4.3. RESERVED | $ N/A | $ N/A |
| B.4.4.4. RESERVED | $ N/A | $ N/A |
| B.4.4.5. REIMBURSABLE MATERIALS | $ 1,000 | $ 1,000 |
| B.4.4.6. RESERVED | $ N/A | $ N/A |
| | | x 15 %(VAT) |
| SUBTOTALS: | A | B |
| | $ 926,405 | $138,961 |

**TOTAL CEILING PRICE FOR OPTION YEAR FOUR ( A + B ) : $ 1,065,366**

B.4.5 GRAND TOTAL : The total ceiling price for the base period and all option years is

| | |
|---|---|
| Base Year Total: | $1,067,687 |
| Option Year One: | $1,082,043 |
| Option Year Two: | $1,310,378 |
| Option Year Three: | $1,293,918 |
| Option Year Four: | $1,065,366 |
| | <u>$5,819,392</u> |

## SECTION C

## STATEMENT OF WORK

C.1. Work Requirements

C.1.1. General. The American Embassy Nicosia [hereinafter referred to as the "American Embassy"] requires the operation and management of guard services in order to prevent unauthorized access, protect life, maintain order, deter criminal attacks against employees, dependents and property and terrorist acts against all U.S. assets, and prevent damage to Government property. The Contractor shall furnish managerial, administrative and direct labor personnel to accomplish all work as required in this contract. The Contractor's employees shall be on-site only for contractual duties and not for any other business or purposes.

C.1.1.1. Project Management. The Contractor shall designate a project manager who shall manage the Contractor's workforce and be the Contractor's liaison with the American Embassy, (see H.12.1.). The project manager shall be available at all times to receive and implement orders or special instructions from the Contracting Officer or Contracting Officer's Representative (COR; see Section G - CONTRACT ADMINISTRATION DATA) concerning matters which affect the operation, protection and/or security of assigned areas.

C.1.1.2. Supervisory Personnel. A designated person shall normally be placed in charge of each shift, called the shift supervisor, and shall have supervision of all guard personnel assigned during the shift to which he/she is assigned as his or her sole function. All supervisory position(s), including the guard force commander, are set forth in Section J, Exhibit A. The project manager position is excluded from Section J, Exhibit A, and may be included in the overhead rate.

C.1.2. Personnel. The Contractor shall provide trained guard personnel for posts designated and for the hours indicated in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE. See also Subsection H.2.1. Listed below in C.1.2.1 through C.1.2.4 are the labor categories set forth under Standard and Additional or Emergency Services in Section B.

C.1.2.1. Supervisor.

Definition - A generic term for the highest supervisory levels in a local guard force. Positions normally included as supervisors are (1) Guard Force Commander; (2) Chief of Guards; (3) Captain of the Guards; (4) Shift Supervisor; and (5) their deputies.

Major Duties and Responsibilities - Commands and supervises the activities of a large guard force which provides protection on a 24-hour basis to all U.S. mission facilities, residences, and to the Chief of Mission. Is responsible for the preparation of guard orders, deployment of guards and weekly scheduling; conducts inspections of guards and guard posts; investigates irregularities; prepares reports and makes recommendations regarding discipline and termination actions; oversees the training program to ensure effectiveness; oversees all logistical aspects of the guard force including, explosive detectors, x-ray and GEMS equipment; and acts as the point of contact with the RSO on operational guard force matters.

C.1.2.1.1 RESERVED

C.1.2.2. RESERVED

C.1.2.3. RESERVED

C.1.2.4. Guard.

Definition - Person who performs routine guard services for the protection of U.S. Mission facilities and personnel and their dependents.

Major Duties and Responsibilities - Performs security duties at fixed, walking or vehicle mobile patrol posts to provide early warning to employees and their dependents of impending danger from terrorists, criminals or other sources such as fire, and to provide assistance to local authorities in thwarting criminal and terrorist acts directed against the U.S. diplomatic community. Also performs access control duties to limit entry only to authorized personnel or visitors. Duties include the operation of walk-through metal detectors, hand-held metal detectors, electronic and hydraulic barriers, explosive detectors, x-ray and GEMS equipment.

C.1.2.5. RESERVED

C.1.3. General Orders and Post Orders.

C.1.3.1. Definitions.

"General Orders" mean those instructions, directives and guidelines that apply to all guard personnel.

"Guard Post" or "Post" means a site or location where a guard is assigned for a specific period of time to perform prescribed functions. One location may have more than one guard post. Thus, one site, such as an access point for the Embassy, could have several guards assigned during the same time. The number of guard posts, therefore, is the same as the number of guards assigned.

"Post Orders" mean detailed instructions to persons assigned to a specific guard post.

C.1.3.2. General Orders and Post Orders. General Orders and Post Orders are included as Exhibit B. These orders shall be used and followed in the performance of this contract. The Contractor shall maintain a copy of the General Orders and relevant Post Orders and changes thereto at each post. Any contractor-initiated request for changes to the orders shall be in writing and submitted to the COR for approval by the Contracting Officer, prior to issuance of the contract modification of the revised order. In addition, these orders may be revised within the scope of this contract at the request/direction of the Government at no additional cost to the Government. Any Government initiated revised order must be submitted in writing by the COR for approval and contract modification by the Contracting Officer prior to issuance of the revised order.

C.1.4. Posts. A detailed listing of posts and hours of coverage required, by guard category, is provided in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE, and is made part of this contract.

C.1.5. Duties and Responsibilities.

C.1.5.1. Guard Electronic Monitoring System.

C.1.5.1.1. The Contractor shall utilize a Guard Electronic Monitoring System (GEMS) for supervision and quality control of guard services. The system will collect data by scanning bar codes with an electronic hand held bar code reader; download the information to a computer; and create computer generated reports designed to document guard activities and supervisor oversight. The system shall have an archival capability so that historical information can be accessed via the computer. The integrity of the system shall be such that information, once collected, cannot be altered or modified. Bar codes will be assigned to individual guards, supervisors, guard posts for scanning during each shift and events or incidents will be recorded using the system's Electronic Bar Code Incident Card.

Each supervisor will receive a Bar Code Scanner at the beginning of a shift. Each supervisor will be strictly responsible for scanning all of the bar-code labels at each post along his route and completing the required number of visits to each post throughout the daily/nightly tour. During supervisory rounds, the supervisor is required to report all incidents using the Electronic Bar Code Incident Card and follow up with written reports as necessary.

The Contractor is responsible for ensuring the correct use of the bar code scanner and the integrity of the system, ensuring that supervisors scan all bar codes for the route and that the data is properly entered into the computer. The COR must grant approval prior to any software changes or revisions.

C.1.5.1.2. The Contractor shall utilize data collected in the system to generate reports for use by the COR. At a minimum, the Contractor shall prepare and furnish to the COR daily, weekly and monthly reports. The daily report shall include as a minimum (1) date, time, location and type of incident; (2) verification of supervisor rounds by date and time; (3) verification of the guard schedule by date and time; and (4) property reports by date and time as required. The weekly and monthly reports will provide summary information for the reporting period.

C.1.5.1.3. The Contractor shall provide a complete GEMS which shall include the system software, bar code readers, bar code labels, data transmitter, computer and printer. The Contractor shall provide training to the employees who will be using the system and be responsible for the maintenance, replacement and support of the system to ensure continuous operation.

The Contractor's Technical Proposal should describe how the Contractor's system will meet the requirements of the solicitation/contract. This should include a complete description of the monitoring system to be provided, whether new or used, the number of scanners to be provided, maintenance programs, how the integrity of the system is maintained, etc. The plan should detail the type of reports to be generated and their frequency as set forth in C.1.5.1.2.

C.1.5.2. Entry Control. The Contractor shall deter and report unauthorized personnel or vehicular entry into areas designated by the Security Office as a controlled area. The Contractor shall report all serious or unexpected incidents to the Security Office.

C.1.5.2.1. Entry Control At Office Buildings. The Contractor shall intercept and identify visitors outside of the secure premises. Guards shall screen visitor identification. At some buildings, guards shall request specified identification cards and U.S. passports and shall permit only persons holding them to enter the premises. At the direction of the Marine Security Guard on duty, guards shall physically examine visitors and their effects and possessions to detect the presence of firearms or other weapons. If anyone refuses to identify himself and attempts to enter the building, the guard shall use necessary force (See Exhibit B, General and Post Orders) to detain the individual and shall immediately notify the Security Office.

C.1.5.2.2. Entry Control at Official Residences. The Contractor shall intercept and identify visitors outside of the residence gate. Guards shall screen visitor identification and maintain a log of visitors. Guards shall detain visitors whose arrival is not expected at the entrance until cleared by authorized personnel inside the residence. Guards shall ensure that such a visitor stays outside the gate until properly identified. If anyone refuses to identify himself, and attempts to enter the residence, the guard shall use necessary force to detain the individual and shall notify the local police and the supervisor on duty.

C.1.5.3. Provide Escort. Local guards do not normally perform escort duties; however, the COR may require the Contractor to provide temporary escort services under special circumstances. The duties will be specifically stated by the COR when such services are directed. No additional resources will be committed to escort duties unless a permanent requirement is established.

C.1.5.4. Control Vehicular Entry and Access. The Contractor shall examine all vehicles of the Government and all commercial and visitors' vehicles entering a secured office building premises. Guards must check vehicle passengers for proper identification and the vehicle for suspected bombs and suspected packages, in accordance with instructions and procedures supplied by the Embassy. Guards shall admit only those authorized vehicles. Logs shall be kept on vehicles permitted access to secure premises.

C.1.5.5. Patrol Perimeter. Guards assigned to positions requiring foot-patrol duties shall make rounds of their assigned areas at least twice each hour. Guards shall change their course and pace while patrolling grounds to avoid establishing a set time and pattern of perimeter rounds.

C.1.5.6. Inspection and Surveillance. The Contractor shall physically examine all packages and mail carried by a person who seeks access to a guarded premises or who seeks to leave or deliver such packages or mail. Guards shall inspect residence perimeters. Guards shall endeavor to detect and prevent fires in residences, in the event of which guards shall summon the Fire Department and assist in evacuation of residents. Guards shall report to the local police and Embassy Security Office any suspicious vehicles or persons near the residence.

C.1.5.7. Provide Vehicle Mobile Patrol.

C.1.5.7.1. The Contractor shall provide vehicle mobile patrol services for all Government owned and leased properties. Approximately 50 buildings located in five sectors are to be patrolled by the mobile unit. A minimum of one mobile patrol unit is required. The mobile patrol shall operate 24 hours a day, 7 days a week. Scheduling for the patrol shall be varied constantly to prohibit anticipating its route. (See Exhibit B - GENERAL AND GUARD POST ORDERS, for a list of the specific tasks of each mobile, roving patrol unit, including record keeping, at each check point. See Exhibit A for identification of members of the vehicle mobile patrol.)

C.1.5.7.2. The Government shall provide and maintain two vehicles for the mobile patrol unit (see Subsection H.14, Vehicles and Exhibit E - GOVERNMENT FURNISHED PROPERTY).

C.1.5.8. Communications Net. The Government shall furnish all necessary communications equipment under this contract (see Exhibit E - GOVERNMENT FURNISHED PROPERTY).

C.1.5.9. Maintain logs and records.

C.1.5.9.1. Operational Records. The Contractor shall provide a log, consisting of a bound ledger, with lined paper and numbered pages for each post. Post Orders will provide instructions for the posting of each post log. Also, incident report forms will be required for recording information regarding any incident at a post. The design of this form shall be prepared in draft by the Contractor and approved by the COR.

C.1.5.9.2. Administrative Records. The Contractor shall maintain administrative files, which shall at a minimum include personnel records, investigation records (see H.2.1) and training records (see H.5.4) on all employees furnished under the contract. The COR is authorized to examine the Contractor's administrative files. Daily time and attendance records shall be maintained and may be reviewed as required by the COR.

C.1.5.9.3. Explosive Detectors and/or X-ray Inspection Records. The Contractor shall keep Explosive Detector maintenance logs on a daily, weekly, monthly basis following the Maintenance Log Book procedures provided by the manufacturer. X-ray repair maintenance records shall be maintained. The Contractor shall keep any additional logs as instructed by the COR.

C.1.5.9.4 Government Vehicle Usage Records. The Contractor shall maintain Government Vehicle Usage Trip Tickets on a daily basis and complete the vehicle daily and weekly inspection procedures. The Contractor shall keep any additional logs as instructed by the COR.

C.1.6 RESERVED

C.1.7. Explosive Detectors and/or X-ray Inspection Equipment Operator (DO). The Contractor shall provide Explosive Detectors and X-ray Inspection Equipment Operator personnel to enhance inspection of vehicles and materials for the detection of explosives and prohibited items prior to entering the Embassy grounds. The Contractor shall follow the instructions in Exhibit B. The Government will provide a maximum of five hours of initial classroom training for explosive detector operator personnel.

Subsequent Government provided explosive detector operator training will be provided annually for a maximum of five hours. Training shall cover equipment training, operator maintenance, logbook procedures, and alarm resolution guidance. X-ray equipment operators will be provided two hours of government training annually. Training for x-ray equipment operators will cover equipment operation and hazardous device recognition. Specifically trained and designated guard posts shall operate and maintain this equipment as set forth on Exhibit A. The Contractor shall submit reports as directed by the COR.

C.2. Types of Service.

C.2.1. Standard Services. Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE, specifies the standard services. The Contractor shall not subcontract or lease for the standard services, and shall certify in his proposal his understanding that no subcontracts or leases are authorized.

C.2.2. Additional or Emergency Services. Additional or Emergency Services are services within the scope of this contract but not specified in Exhibit A - GUARD POSTS AND SCHEDULE OF GUARD COVERAGE. Under no circumstances shall the performance of duties listed in Exhibit A constitute additional or emergency services. The Contractor shall not subcontract or lease for the additional or emergency services.

C.2.2.1. The COR may orally request additional or emergency services to meet increased work load, temporary needs for services arising from visitors to post or special events. Any non-expendable equipment or expendable supplies to be supplied by the Contractor must be related to the additional or emergency services and must be approved by the COR. Under no circumstance shall materials or equipment be ordered to supply or replace items listed in Exhibit D - CONTRACTOR FURNISHED MATERIALS, or Exhibit E - GOVERNMENT FURNISHED PROPERTY.

C.2.2.2. The COR shall confirm each oral request for additional or emergency services in writing within forty-eight (48) hours of the oral request.

C.2.2.3. The Contractor shall include in its next regular invoice details of the additional or emergency services and, if applicable, materials, provided pursuant to this subsection. The Contractor shall also include a copy of the COR's written confirmation to provide such services.

C.3. Management

C.3.1. Schedules. The Contractor shall prepare and maintain a Weekly Guard Post Schedule for all guard posts that lists the name of each previously approved guard to be assigned to each post and for each shift. The Contractor shall provide a copy of the Weekly Guard Post Schedule for all employees. This schedule will be provided to the COR not later than 12 noon of the last day of the workweek for the upcoming work week. The Weekly Guard Post Schedule shall detail the post number and location, the name of the guard assigned, who has been approved by the COR, the guard's language proficiency level and the shift to which assigned in terms of hours of the day. The COR and each affected Contractor employee shall receive a copy of this schedule. The COR must be notified three days before a permanent guard (specific individual) change to a post.

C.3.1.1. Guard Duty Hour Limits. No Contractor personnel shall be on duty for more than 12 consecutive hours in a 24-hour period except under conditions of emergency, as authorized by the Contracting Officer or the COR.

C.3.1.2. Relief Guards. The Contractor shall provide the security personnel at the fixed posts with fully trained and qualified relief personnel to allow for comfort, personal needs, stress, meals, or other required or requested absences from post. Replacement personnel are not required for non-fixed posts provided that absences from these posts do not exceed fifteen minutes per four hours, except for meals. The Contractor shall provide this relief service to the Government at no additional charge.

C.3.1.3. Organization Chart. Within 10 days of the effective date of this contract, the Contractor shall provide in writing to the COR an organizational chart to include the names of supervisors, shift organization for each post, and the number and names of guard force employees.

C.3.2. Supervision.

The Contractor shall provide adequate on-site supervision of employees at all times that a post is manned. A Contractor-provided supervisor shall inspect each post during daylight hours at least twice each shift and three times during night hours. This inspection shall assure proper manning of the post and that the assigned guard is fully familiar with the General Orders and Post Orders and that the post log is properly maintained. Where possible, the Contractor should conduct a muster of guards going on duty for purposes of inspection for proper uniform, review of current security problems, special instructions and training. The time required for this muster is in addition to that required to provide a timely relief for guards on post.

## SECTION F

## DELIVERIES OR PERFORMANCE

F.1 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address:

http://www.arnet.gov/far or, http://farsite.hill.af.mil/search.htm

These addresses are subject to change. If the Federal Acquisition Regulation (FAR) is not available at the locations indicated above, use the Department of State Acquisition Website at http://www.statebuy.gov/home.htm to see the links to the FAR. You may also use a network "search engine" (e.g., Yahoo, Infoseek, Alta Vista, etc.) is suggested to obtain the latest location of the most current FAR.

FEDERAL ACQUISITION REGULATION (48 CFR CH. 1)

F.2 The following clauses apply only to the fixed price items in Section B (e.g., vehicles and communications equipment).

52.242-15 STOP-WORK ORDER (AUG 1989)
52.242-17 GOVERNMENT DELAY OF WORK (APR 1984)

F.3. The following clause applies for services provided on a time and materials basis (e.g., all items in Section B except for vehicles and communications equipment, which are firm-fixed price items).

52.242-15 STOP-WORK ORDER (AUG 1989) ALTERNATE I (APR 1984)

F.4. Period of Performance.

F.4.1. The performance period of this contract is from the date of Notice to Proceed and continuing for 12 months, with four, one-year options to renew. The initial period of performance includes any transition period authorized under the contract.

F.4.2. The Government may extend this contract in accordance with the option clause at Subsection I.1.2, FAR Clauses Incorporated by Full Text (FAR 52.217-9, Option to Extend the Term of the Contract (Deviation), which also specifies the total duration of this contract.

F.4.3 The Government may exercise the option set forth at Subsection I.1.1, "FAR 52.217-8, Option to Extend Services", within the currently ongoing period of performance or within 30 days after funds for the option become available, whichever is later.

F.5. Notice to Proceed

Immediately upon receipt of notice of award, by letter or by receipt of a fully executed contract, the Contractor shall complete the steps already commenced which are necessary to obtain all required licenses, permits, and insurance. See Subsection H.7.6 for details regarding Government assistance in this process. See also Subsection L.9 for information on obtaining licenses and permits.
Following receipt from the Contractor of acceptable evidence that the Contractor has obtained all required licenses, permits and insurance, the Government shall issue a Notice to Proceed.

On the date established in the Notice to Proceed (this notice will allow a minimum of ten (10) calendar days from the date of the Notice to Proceed, unless the Contractor agrees to an earlier date), the Contractor shall commence performance of the services required hereunder. This performance shall be in conformance with the Transition Plan, addressed in Subsection H.9., followed by full performance at the conclusion of the transition period.

If the Contractor has provided evidence of licenses, permits, and insurance as part of his proposal, a Notice to Proceed may be issued simultaneous with contract award. If the Contractor has all required licenses, permits and insurance by the time of contract award, evidence of same must be presented to the Contracting Officer within five (5) calendar days of contract award.

F.6. Deliverables

The Contractor shall provide the following deliverables/submittals within the time frames identified below:

| DELIVERABLE | DUE DATE* |
|---|---|
| (1) Licenses and permits - H.7.6 | Not later than 60 days after contract award |
| (2) Insurance - H.7.5 | Not later than 60 days after contract award |
| (3) Guard Electronic Monitoring System Reports - C.1.5.1.2 | Daily, weekly, monthly |
| (4) Weekly Guard Post Schedule - C.3.1 | Not later than 12 noon of the last day of the work week for the upcoming work week. |
| (5) Summary Individual Investigation - H.2.1 | 5 days prior to employee being assigned to guard duties |
| (6) Inventory Reports - H.3.2 | Not later than 15 days after inventory completion |
| (7) Transition Plan - H.9.3 | 5 days after Post Award Conference |