| DELIVERABLE | DUE DATE* |
|---|---|
| (8) Organization Chart - C.3.1.3 | 10 days after contract award |
| (9) Completed Employee Checklist - H.2.1.2. | 5 days prior to employee being assigned to guard duties |
| (10) Explosive Detectors and/or X-ray Inspection Equipment Operation Reports | Daily, Weekly, Monthly |
| (11) Government Vehicle Inspection and Mileage Reports | Monthly |
| (12) Copy of Microsoft Excel Spreadsheet Guard Force Invoice - Nicosia.xls | Monthly |

*** All days are calendar days.**

**See also F.5, "Notice to Proceed."**

## SECTION G

## CONTRACT ADMINISTRATION DATA

G.1. The following clause applies for all services provided under this contract.

G.1.1. CONTRACTING OFFICER'S REPRESENTATIVE (COR)
DOSAR 652.242-70 (DEC 1994)

(a) The Contracting Officer may designate in writing one or more Government employees, by name and position title, to take action for the Contracting Officer under this contract. Each designee shall be identified as a Contracting Officer's Representative (COR). Such designation(s) shall specify the scope and limitations of the authority so delegated; provided, that the designee shall not change the terms or conditions of the contract, unless the COR is a warranted Contracting Officer and this authority is delegated in the designation.

(b) The COR is the Regional Security Officer (RSO).

G.1.2. COR ACCEPTANCE DUTIES

One of the duties which will be set forth in any COR designation letter will be the duty of inspection and acceptance of services. This will include random inspections of Contractor performance to ensure compliance with contract specifications and review of Contractor invoices, including the supporting documentation required by G.2.2.

G.2 Invoicing Instructions.

G.2.1 Invoice submittal. The Contractor shall submit to the designated billing official a single invoice for all services under this contract, in an original and three (3) copies at the following address (designated office only for purpose of submitting invoices):

For Nicosia Guard Post Positions:
American Embassy
Budget and Fiscal Office
P.O. Box 24536
1385 Nicosia, Cyprus

An electronic copy of the invoice, without the documentation specified in G.2.2.2, shall be submitted to fpddata@state.gov. The electronic version shall utilize the Excel spreadsheet provided under F.6.

In the event a invoice is rejected by the Government, a revised invoice shall include a revised submittal of an electronic copy of the invoice to fpddata@state.gov. Revised invoices shall be marked as "revised" with a sequentially assigned revision number.

G.2.2. Required Information. The invoice shall contain all the information required in Section G, Section I (including, FAR 52.232-25 and 52.232-7), and Exhibit J. The invoice shall include each element of the services provided as listed within Section B.

G.2.2.1. The invoice shall consist of the following sections.

(a) Guard Force Invoice. This invoice shall show the labor category, or work description, hourly rate or unit price, number of hours or units worked, and a total amount for each element billed.

(b) Guard Force Cumulative Invoice. This invoice shall also include a cumulative summary for the contract year.

(c) Guard Force Detail by Post. For the invoice period the invoice shall include a detailed listing of hours worked by individual post listed on Exhibit A.

(d) Detailed listing of Additional or Emergency Services. For the invoice period, a detailed listing of all requests for Additional or Emergency Services.

G.2.2.2 The Contractor shall provide the following documentation for each request for payment.

(a) Individual time sheets to support the number of hours worked for the invoice period. The total of all hours worked (supported by copies of individual time sheets) must match the summary of hours for all guard posts.

(b) For Additional or Emergency Services, copy(s) of the COR's written confirmation of the request for the services.

(c) Invoices claiming reimbursement under the "Materials or Equipment" item, relating to Additional or Emergency Services, shall include copies of receipts showing the cost to the Contractor of the materials or equipment.

(d) Invoices claiming reimbursement under B.2.7, Defense Base Act Insurance, shall include copies of the invoice from, and proof of payment to, the insurance carrier.

G.2.3. Invoice Format. The format for the Contractor's invoice is shown at Exhibit J. The contractor shall use the spreadsheet program provided under F.6, Guard Force Invoice - Nicosia.xls to prepare the invoice.

G.2.4. All payments to foreign firms as defined in B.1.1 shall be made in Cypriot Pounds. U.S. firms may be paid in U.S. dollars if requested.

G.2.5. Value Added Tax (VAT). The sample of a portion of an invoice set forth in Exhibit I reflects a line for VAT. The Contractor shall reflect this as a separate charge on the invoice, as reflected in the sample.

**SECTION H**

**SPECIAL CONTRACT REQUIREMENTS**

H.1. RESERVED

H.2. Security. The Government reserves the right to deny access to U.S.-owned and U.S.-operated facilities to any individual. The Contractor shall provide the names, biographic data and police clearance on all Contractor personnel who shall be used on this contract prior to their utilization. For any non-Cypriot employee, the Contractor shall also provide a police clearance from that person's country of origin and extended residency. (See Subsections H.2.1, Government Approval and Acceptance of Contractor Employees, and H.5, Personnel Requirements). Upon approval of their utilization, the Government shall issue identity cards to Contractor personnel, each of whom shall display his/her card(s) on the uniform at all times while on Government property or while on duty at private residences. These identity cards are the property of the Government and the Contractor is responsible for their return upon termination of the contract, when an employee leaves Contractor service, or at the request of the Government.

H.2.1. Government Approval and Acceptance of Contractor Employees. The Contractor shall subject its personnel to the Government's approval. All employees must pass a suitable investigation conducted by the Contractor, including proof of successful employment during the past three years as well as recommendation(s) from their respective supervisor(s). Also required is a police check covering criminal and/or subversive activities, a check of personal residence, and a credit investigation. All such investigations shall be provided in summary form to the COR for review and approval or disapproval. The investigation record shall be part of the administrative file, see subsection C.1.5.9.2. The Contractor shall not use any employees under this contract without Government approval. The Contractor shall not bill for employees who have not received approval under this clause.

H.3. Government Furnished Property/Equipment. The Contractor has the option to reject any or all Government furnished property or items (see Exhibit E - GOVERNMENT FURNISHED PROPERTY). However, if rejected, the Contractor shall provide all necessary property, equipment or items, adequate in quantity and suitable for the intended purpose, to perform all work and provide all services at no additional cost to the Government. All Government furnished property or items shall be used only in connection with performance under this contract. The Contractor is responsible for the proper care, maintenance and use of Government property in its possession or control from time of receipt until properly relieved of responsibility in accordance with the terms of the contract. Negligent use of Government furnished property that results in damage or destruction is cause for repair or replacement at the Contractor's expense.

H.3.1. The Contractor shall maintain written records of work performed, and report the need for major repair or replacement work for Government property in its control. The Contractor shall assure that the Government property will be used only for those purposes authorized in the contract and that any required approvals for use will be obtained prior to use.

H.3.2. The Contractor shall physically inventory all Government property in its possession. Physical inventories consist of sighting, tagging or marking, describing, recording, reporting and reconciling the property with written records. The Contractor shall conduct these physical inventories semi-annually, as directed by the COR, and at termination or completion of the contract. Unless approved in advance by the Contracting Officer, these inventories shall be performed by personnel other than those who maintain the property records or who have custody of the property.

H.4. Standards of Conduct.

H.4.1. General. The Contractor shall maintain satisfactory standards of employee competency, conduct, cleanliness, appearance and integrity and shall be responsible for taking such disciplinary action with respect to employees as may be necessary. Each Contractor employee is expected to adhere to standards of conduct that reflect credit on themselves, their employer, and the United States Government. Guards must at all times use politeness and courtesy when dealing with visitors to the Government's offices and residences.

The Contractor shall notify the COR of proposed disciplinary actions 24 hours in advance.

In addition, the Government reserves the right to direct the Contractor to remove an employee from the work site for failure to comply with the standards of conduct. The Contractor shall immediately replace such an employee to maintain continuity of services at no additional cost to the Government.

H.4.2. Appearance. The Government requires a favorable image and considers it to be a major asset of a protective force. The employee's attitude, courtesy, and job knowledge are influential in creating a favorable image. However, the majority of people form an opinion by the appearance of uniformed employees. Therefore, all contract employees are required to wear a prescribed uniform while on duty. The Contractor shall ensure that guard personnel at all times present a neat appearance, paying particular attention to their personal hygiene, bearing, uniform and equipment.

H.4.3. Uniforms and Personal Equipment. The Contractor's employees shall wear clean, neat and complete uniforms when on duty. All employees shall wear uniforms approved by the Contracting Officer's Representative (COR) ( See Section G - CONTRACT ADMINISTRATION DATA). The Contractor shall provide for each guard and supervisor uniforms and personal equipment as detailed in Exhibit D - CONTRACTOR FURNISHED MATERIALS. The Contractor shall bear the cost of purchasing, cleaning, pressing, and repair of the uniforms. The Contractor shall ensure that no items of uniform or equipment are worn, displayed, or used by any employee while they are in an off-duty status.

H.4.4. Local Guard Force - Marine Security Guard Relationship. Although the U.S. Marine Security Guards do not have a direct supervisory role in the management of the local guard force, they do serve as a communications link between the COR, other Government officers, and the local guard force. When on duty at a specific post that is augmented with a local guard, the Marine guard has primary responsibility for the security and operation of that post.

H.4.5. Neglect of duties shall not be condoned. This includes sleeping while on duty, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during duty hours and refusing to render assistance or cooperate in upholding the integrity of the work-site security.

H.4.6. Disorderly conduct, use of abusive or offensive language, quarreling, intimidation by words, actions or fighting shall not be condoned. Also included is participation in disruptive activities which interfere with normal and efficient Government operations.

H.4.7. Intoxicants. The Contractor shall not allow its employees while on duty to possess, sell, consume, or be under the influence of intoxicants, drugs or substances which produce similar effects.

H.4.7.1. Consumption of Alcohol. The drinking of alcoholic beverages while on duty or eight hours prior to assuming a period of duty is prohibited. No guard who has consumed alcohol during this period will be posted.

H.4.7.2. Relief by an Intoxicated Person. If a security guard has reason to believe that his relief is intoxicated he will not allow himself to be relieved and will immediately notify his supervisor or COR as appropriate for guidance.

H.4.7.3. Narcotics. The use of narcotics or other controlled substances without a prescription from a licensed physician is prohibited.

H.4.7.4. Use of Prescription Drugs. The use of prescription drugs by a security guard must be reported through the supervisor to the COR before assuming guard duty.

H.4.8. Criminal Actions. Contractor employees may be subject to criminal actions as allowed by law in certain circumstances. These include but are not limited to the following actions: falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records or concealment of material facts by willful omission from official documents or records; unauthorized use of Government property, theft, vandalism, or immoral conduct; unethical or improper use of official authority or credentials; security violations; organizing or participating in illegal gambling in any form; and misuse of weapons (misuse of weapons shall not be applicable to this contract if the guards do not carry weapons).

H.4.9. Key Control. The Contractor shall receive, secure, issue and account for any keys issued for access to buildings, offices, equipment, gates, etc., for the purposes of this contract. Keys shall not be duplicated without the COR's approval. Where it is determined that the Contractor or its agents have duplicated a key without permission of the COR, the Contractor shall remove the individual(s) responsible from performing work under the contract. If the Contractor has lost any such keys, the Contractor shall immediately notify the COR. In either event, the Contractor shall reimburse the Government for the cost of re-keying that portion of the system so compromised.

H.5. Personnel Requirements.

H.5.1. Education/Experience. All employees must be fluent in Greek. All employees, except residential guards, must be literate to the extent that they can read and understand printed instructions, maps, or orders. Residential guards must demonstrate the ability to carry out instructions.

For the project manager, secondary school completion (or equivalent) and a minimum of five years police, similar military, or local guard force management experience is required. Some university, police academy, or technical specialist training, prior guard-force management, and at least half of guard work experience being at senior supervisory or command levels is desirable. Level 4 English is required. (See subsection H.5.1.1.)

For the guard force commander, a minimum of five years of police, similar military, or local guard force management experience is required. Experience with guard force supervision is also required. Secondary school completion and advance security training is highly desirable. Level 4 English is required. (See subsection H.5.1.1.)

For the guard force supervisors, a minimum of three years of police, similar military, or local guard force experience is required. Secondary school completion, advance security training and experience with guard force supervision is highly desirable. Level 4 English is required. (See subsection H.5.1.1.)

For the mobile patrol guards, a minimum of one year of police, similar military, or local guard force experience is required. Secondary school completion is highly desirable. Level 4 English is required. (See subsection H.5.1.1.). The guards must be over the age of 23 years and have a valid driving license for over two years.

H.5.1.1. Language Proficiency. Employees assigned to certain guard posts must have sufficient English language ability to converse with English speaking employees and visitors and read some printed material. The required levels of language proficiencies as defined below are required at guard posts as indicated in Exhibit A, Guard Posts and Schedule of Guard Coverage.

Level 1 - Can initiate and maintain predictable face-to-face conversations and satisfy limited demands. Must have sufficient reading comprehension to understand simple expressions in printed form for informative purposes.

Level 2 - Able to verbally satisfy routine demands and limited work requirements. Sufficient reading comprehension to read simple written material in a form equivalent to usual printing or typescript on subjects within a familiar context.

Level 3 - Able to satisfy most work requirements with language usage that is often, but not always, acceptable and effective. Sufficient reading comprehension to understand most factual material of a non-technical nature as well as some discussions on concrete topics related to special professional needs.

Level 4 - Able to speak English with sufficient structural accuracy and vocabulary to participate effectively in most formal and informal conversations on practical, social, and professional topics. Able to read with almost complete comprehension prose on unfamiliar topics.

H.5.2. Health. All employees must be well proportioned in height and weight and in good general health without physical defects or abnormalities which would interfere with the performance of their duties, including standing for prolonged periods in performance of guard duty. They shall be free from communicable disease. They shall possess binocular vision, correctable to 20/30 (Snellen) and shall not be color blind. They shall be capable of hearing ordinary conversation. Physical fitness shall be evidenced by a certification from a licensed physician, based on a physical examination conducted prior to the employee's assignment to duty and annually thereafter. This certification will be maintained in the administrative file referenced in C.1.5.9.2.

H.5.3. Alertness. No employee of the Contractor shall work a tour of duty of more than 12 continuous hours and each Contractor guard shall have a minimum of 12 hours off duty between tours on this contract, except in emergency situations. No employee of the Contractor shall accept employment with any other firm or institution while employed under this contract without the prior written approval of the COR. Further, any guard accepted for assignment to mission posts shall not be assigned duties with another client of the Contractor without the prior written approval of the COR. The contractor shall not bill for employee hours that exceed the 12 hour tour length.

H.5.4. Training Requirements. The types of training required for this contract are basic training, annual re-certification training, GEMS training, explosive detection training and x-ray training. Training requirements listed hereunder apply to all employees assigned a position listed in Exhibit A. The contractor shall maintain employee training records to document the training each employee receives. These records shall be part of the administrative files, see C.1.5.9.2.

H.5.4.1. Basic Training. Prior to assigning an employee, the Contractor shall, at the Contractor's expense, have the employee satisfactorily complete a program of basic training approved by the COR. This program shall include the following activities and be no less than 120 hours, including 40 hours of firearms training (if firearms are required). Unarmed personnel shall receive no less than 80 hours of training. This Basic Training requirement does not apply to employees who have been hired under the right of first refusal of employment clause found at I.3.

Orientation. Introduction to the training program, training objectives, the role of the guard force in the Mission Security Plan. The post Regional Security Officer (RSO) shall participate in this block of instruction.

U.S. Government Assets. Description of U.S. assets to be protected, name, location, function. The RSO shall provide this information.

Local Law and the Power of Arrest. The powers and legal limitations of the guard to use force and arrest offenders; the relationship of the guard force to the host government security forces.

Terrorism and Criminality. Description of the nature of the threat to U.S. assets with examples.

Fires and Explosions. Description of the threat to assets of fire and explosions with examples of attacks in the past.

Mission Emergency Plans. Role of the guard force in cases of fire, explosions, bomb search and building evacuation. The RSO shall provide this information.

Physical Security Measures Employed by the Mission. Description of the access control systems employed, of alarms used (anti-intrusion and fire).

Basic Guard Duties. General description of guard actions for protection of facilities and residences. Denial of access to unauthorized persons, maintenance of guard force records, logs and preparation of reports.

Guard Force Communications. Procedures to be used in case of incident; notification of others; use of radio equipment.

General Orders and Post Orders. Details of the approved Exhibit B - AMERICAN EMBASSY GUARD INSTRUCTIONS -- GENERAL ORDERS AND POST ORDERS, in training programs for the guards and supervisors. Emphasis on guard responsibilities, deportment, penalties for commission of violations of orders.

Maintenance of Post Logs and Preparation of Incident Reports. Procedures for preparation of daily logs of incident reports covered.

Unarmed Defense and Restraint of Disorderly Persons. Procedures for defending against physical attack; procedures for restraining others; guidance on the use of force.

The Use of Personal Equipment. Procedures for the use of the baton, handcuffs, and Mace, as appropriate.

Access Control Equipment Use and Procedures. Use of electronic body and package search equipment; body search manually; vehicle search, building search for suspected bombs; visitor control systems, including badge issuance and control. (General coverage of this subject for all guard personnel, with special hands-on training to be provided to those to be assigned to access control duties.)

Observation Techniques. Use of observation techniques for static guards, mobile patrol units, and foot patrols to identify, report and record suspicious acts and persons **with special emphasis on surveillance detection techniques for all guards**.

Dealing with U.S. Government Employees and the General Public. Procedures to be used when conversing with USG employees and the general public; actions to be taken when confronted by hostile individuals and mentally disturbed persons.

H.5.4.2 Firearms Qualification. RESERVED

H.5.4.3 Annual Re-certification Training. Each employee must successfully complete a total of 16 hours of annual re-certification training. The annual retraining time of an employee is computed from the completion date of the previous training for that particular employee. Employees are prohibited from providing services under this contract if they are not certified on all required training. The training shall include any new material bearing on the performance of local guard duties.

H.5.4.4. GEMS Training. Each supervisor and any other employee utilizing GEMS will receive training in the proper use of the system. For these employees, GEMS training shall also be part of their annual re-certification training.

H.5.4.5 RESERVED

H.5.4.6. Explosive Detectors and/or X-ray Inspection Equipment Training. The Government will provide each employee using the explosive detectors and/or X-ray inspection equipment with training in system operation (see Section C.1.7.). Government provided Operator training is in addition to 80 hours of basic training and 16 hours of annual re-certification training.

H.6. Weapons. The guards shall not be armed.

H.7. Authority and Jurisdiction.

H.7.1. Authority. Authority of the Contractor's personnel to detain and/or make arrests shall be that of private citizens as defined by host country law.

H.7.2. Bonds. The Contractor shall provide all official bonds required, pay any fees or costs involved or related to the authorization for the equipping of any employees engaged in providing services specified under this contract.

H.7.3. Employee Salary Benefits. The government shall have no responsibility or liability for payment of any wages or benefits to Contractor's employees, including those associated with severance pay as defined by local law. The Government, its agencies, agents, and employees shall not be part of any legal action or obligation regarding these benefits which may subsequently arise. Where local law requires bonuses, specific minimum wage levels, premium pay for holidays, payments for social security, pensions, severance pay, sick or health benefits, child care or any other benefit, the Contractor is responsible for payments of such costs and must include all such costs in the hourly rates incorporated in this contract.

H.7.4. Personal Injury, Property Loss or Damage (Liability). The Contractor hereby assumes absolute responsibility and liability for any and all personal injuries or death and/or property damage or losses suffered due to negligence of the Contractor's personnel in the performance of the services required under this contract. The Contractor's assumption of absolute liability is independent of any insurance policies.

H.7.5. Insurance. The Contractor, at its own expense, shall provide and maintain during the entire period of performance of this contract, whatever insurance is legally necessary. The Contractor shall procure and maintain during the entire period of performance under this contract the following minimum insurance:

| | |
|---|---|
| Automobile Liability | |
| Bodily injury | CYP 200,000 per person and<br>CYP 500,000 per occurrence |
| Property damage | CYP 50,000 per occurrence |
| Comprehensive General Liability | |
| Bodily injury | CYP 500,000 per occurrence |
| Workers' Compensation and Employer's Liability | |
| Workers' Compensation and Occupational Disease | Statutory, as required by Government of Cyprus laws |
| Employer's Liability | CYP 2 million |

H.7.5.1 The Contractor agrees that the Government shall not be responsible for personal injuries or for damages to any property of the Contractor, its officers, agents, servants, and employees, or any other person, arising from and incident to the Contractor's performance of this contract. The Contractor shall hold harmless and indemnify the Government from any and all claims arising therefrom, except in the instance of gross negligence on the part of the Government.

H.7.6. Permits. Without additional cost to the Government, the Contractor shall obtain all permits, licenses, and appointments required for the prosecution of work under this contract. The Contractor shall obtain these permits, licenses, and appointments in compliance with applicable host country laws. The Contractor shall provide evidence of possession or status of application for such permits, licenses, and appointments to the Contracting Officer with his proposal.

Failure to provide evidence of appropriate progress toward receipt of such permits so as to be fully licensed by date planned for commencement of contract performance may result in Contractor being found non-responsible (not eligible for award) or result in contract termination if required documents are subsequently denied or withdrawn by the local authorities. Application, justification, fees, and certifications for any licenses required by the host government are entirely the responsibility of the Contractor.

Once the contract is awarded, the embassy will assist the Contractor to obtain permits and licenses as necessary. All assistance must be requested by the Contractor in written form, submitted to the Contracting Officer.

H.7.7 RESERVED

H.8 Post Award Conference

Within 10 days after contract award, a post award conference will be held at the Embassy, the precise location, date and time to be provided by the Government at time of award. At the beginning of this conference, the Contractor shall present his detailed transition plan, which is further addressed in H.9 below.

H.9 Transition Plan

H.9.1 General. As part of his proposal, the Contractor was required to submit a Preliminary Transition Plan. That plan should form the basis for the Transition Plan, which is a required deliverable under this contract.

H.9.2 Specific Transition Plan Issues. The Contractor shall take the Preliminary Transition Plan submitted as part of his proposal (L.1.3.3(c)) and update and augment that document, so that it addresses, as a minimum, the following areas:

- **Recruitment**

  Types of advertising or other methods of identifying potential candidates
  Plans to interview incumbent's employees
  Plans for employee clearances
  Planned commencement and completion dates of recruitment

- o **Training of New and Incumbent Employees**

  Types of training
  Length of training
  Identify which employees (by category) must be trained
  Planned commencement and completion dates of training

- o **Licenses and Permits**

  Identify all licenses and permits required to perform
  Indicate which licenses and permits are in the offeror's possession, which must still be obtained, and the planned date by which each license or permit will be obtained
  Identify the type of assistance expected from embassy staff in obtaining licenses and permits

- o **Insurance**

  Types of insurance which must still be obtained
  Planned date by which all insurance will be obtained

- o **Identification of Priority Guard Posts**
  Assign priority to the selection, training, and clearance of all guard supervisors to be used under the contract

- o **Phase-In**

  Identify how the Contractor plans to interact with the outgoing incumbent Contractor
  Planned commencement and completion dates of phase-in

- o **Plans for Relief Guards**

- o **Timeline Interrelating All Transition Activities**

The planned completion and timeline dates can be expressed as a calendar date, or as "X" number of days after occurrence of another event, such as contract award. For instance, if the Contractor does not plan to commence phase-in until all recruitment is completed, the date would be reflected as "X" number of days after completion of recruitment.

H.9.3. Completion of Transition Plan. The Transition Plan will be discussed during the Post Award Conference, with the Government providing input and recommendations. See F.6, "Deliverables" for due date and distribution of final Transition Plan.

H.10. Phased Takeover. It is preferred that the Contractor begin full performance of the contract requirements on a specified change-over date. In the event of a phased take-over, the awardee would receive payment only for hours provided. Failure of the awardee to complete transition within 90 days of notice of award or by commencement date specified in the Notice to Proceed, whichever is later, is grounds for termination of the contract for default.

H.11. Continuity of Services.

The Contractor shall comply with Section I.1.2, FAR clause 52.237-3 during any transition period.

H.12 Key Personnel.

H.12.1. The Contractor shall assign to this contract the following key person to the identified position/function:

| Position/Function | Name |
|---|---|
| Project Manager | Michael Henderson |
| Local Guard Force Commander | Sotiris Charalmbous |
| LGF Supervisors (9) | Andreas Constantinou |
| | Andreas Erotocritou |
| | Maria Christodoulides |
| | Nihat Ahmet |
| | Jaco Keroghlouian |
| | Loizos Savva |
| | Marios Poullis |
| | Candis Adrienne |
| | Alexandros Petkanis |

H.12.2. During the first 90 days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph H.12.3. to the Contracting Officer at least 15 days prior to making any permanent substitutions.

H.12.3. The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitution, complete resume for the proposed substitute, and any additional information requested by the Contracting Officer. The proposed substitute must possess qualifications comparable to the original key person, as well as satisfying any minimum standards set forth elsewhere in the solicitation/contract. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on the substitution. This clause will be modified to reflect any changes in key personnel.

H.13. Variation in Quantity

(a) The Government reserves the right to increase or decrease from time to time the number of hours required for each labor category of Standard Services as specified in Sections B.3.1, B.4.1.1, B.4.2.1, B.4.3.1, and B.4.4.1.

(b) Separately from Standard Service hours, the Government reserves the right to increase or decrease from time to time the number of hours required for each labor category of Additional and Emergency Services as specified in Sections B.3.2, B.4.1.2, B.4.2.2, B.4.3.2, and B.4.4.2.

(c) Notwithstanding any other clause of this contract, as long as the number of hours required as the result of any such increases or decreases is not less than 75% and does not exceed 125% of the number of hours specified for that labor category in the applicable subsection of Section B, neither the contractor nor the Government shall be entitled to an adjustment of the labor hour rates.

(d) If the number of hours required as the result of any such increases or decreases is less than 75% or more than 125% of the number of hours required for the labor category in the applicable subsection of Section B in Standard Services or Additional and Emergency Services but not in combination, then the Government or the contractor may request adjustment of the labor hour rates under the applicable Changes clause (FAR 52.243-3) or Termination (FAR 52.249-6) clause, but, notwithstanding any other clause of this contract, the allowable adjustment shall be based solely upon any increase or decrease in costs due solely to the variation above 125% or below 75%. Requests for such adjustments must be made within 90 days of the change in requirements that exceed this 25% swing.

H.14. Vehicles. The Government shall provide vehicles for use by the mobile roving patrol unit. Contractor employees who operate vehicles in performance of this contract shall be properly licensed to operate such vehicles. All operators shall have maintained an operating record without significant traffic violations or accidents during the preceding one year and during the period of performance of this contract. (More than six traffic points in a twelve-month period as defined by Local Traffic Authorities.) The Government shall provide all fuel, lubricants and maintain full comprehensive insurance for Government provided vehicles.

The Contractor shall maintain Government Vehicle Inspection and Mileage Reports, see Exhibit I for all Government provided vehicles. These reports shall be submitted monthly to the COR.

For insurance purposes, the Contractor must provide the COR with the following information for all guards assigned to drive Government provided vehicles:

Name
Date of Birth
Driving License Number
Driving License Date of Issue.