JC

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE S-CY600-00-C-0006 | PAGE OF PAGES 1 \| 4 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. Modification No. 21 | 3. EFFECTIVE DATE April 1, 2005 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|---|
| American Embassy<br>P.O. Box 24536<br>1385 Nicosia, Cyprus | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(NO., street,city,county,State,and ZIP Code)* | | |
|---|---|---|
| Arko Executive Services Inc.<br>2400 Herodian Way<br>Suite 350<br>Smyrna, Atlanta<br>Georgia 30080-8500<br>Tel: 770-955-7275<br>Fax: 770-955-5095 | | 9a. AMENDMENT OF SOLICITATION NO. |
| | | 9b. DATED *(SEE ITEM 11)* |
| | X | 10a. MODIFICATION OF CONTRACT/ORDER NO. S-CY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 |
| | | 10b. DATED *(SEE ITEM 13)* April 1, 2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _______ copies of the amendment;(b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.** If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*
See attached.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.217-8 -- OPTION TO EXTEND SERVICES |

E. **IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Pursuant to FAR clause 52.217-8 Option to Extend Services, this modification of Contract S-CY600-C-00-006 extends the contractual period, beginning April 1, 2005, through to May 31, 2005.

Funding Summary: Previous Contract Total $5,693,662. This modification $135,649. New Contract Total $5,829,311.

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME OF CONTRACTING OFFICER | |
|---|---|---|---|
| Douglas Duncan<br>Project Manager | | Kurt J. Hoyer<br>General Services Officer | |
| 15B. NAME OF CONTRACTOR/OFFEROR | 15C.DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C.DATE SIGNED |
| BY ______________________ *(Signature of person authorized to sign)* | | BY [signature] *(Signature of Contracting Officer)* | 3/22/05 |

SF30

**S-CY600-00-C-0006 - Arko Executive Services Inc.**

**Fiscal Data:**

**19X4519.0001-5217525631-5217-5826-2554**

**19X0113.000H-12175S2501-1217-5821-2554**

**19X0113.000H-12175S2502-1217-5822-2554**

**19X0113.000H-12175S2503-1217-5823-2554**

# SECTION B

## SERVICES AND PRICES

B.4.4.8 Two Month Extension April 1, 2005 - May 31, 2005.

B.4.4.8.1. Standard Services.

**April 1, 2005 - May 31, 2005**
**(2 months)**

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.51 | | 18,103 | | $117,851 |
| Guard Force Commander | $ 6.55 | | 730 | | $ 4,782 |
| Supervisor | $ 6.55 | | 1,115 | | $ 7,303 |
| Subtotal | | | 19,948 | | $ 129,935 |

B.4.4.8.2.

Additional or Emergency Services.

The fixed hourly rate, number of hours, and ceiling for each category are:

| Labor Categories | Hourly Rate | x | Number of Hours | = | Ceiling Price |
|---|---|---|---|---|---|
| Guard | $ 6.51 | | 600 | | $ 3,906 |
| Guard Force Commander | $ 6.55 | | 50 | | $ 328 |
| Supervisor | $ 6.55 | | 200 | | $ 1,310 |
| Total | | | 850 | | $ 5,544 |

B.4.4.8.3. Reserved

B.4.4.8.4. Reserved

B.4.4.8.5. Materials or equipment reimbursed for additional or emergency services shall not exceed ( see B.2.6.):
$ 170

B.4.4.8.6. Reserved

B.4.4.8.7 ONE MONTH EXTENSION CONTRACT PRICE.

**April 1, 2005 - May 31, 2005**
**(2 months)**

| | |
|---|---|
| B.4.4.8.1. STANDARD SERVICES | $129,935 |
| B.4.4.8.2. ADDITIONAL SERVICES | $ 5,544 |
| B.4.4.8.3. RESERVED | $ N/A |
| B.4.4.8.4. RESERVED | $ N/A |
| B.4.4.8.5. REIMBURSABLE MATERIALS | $ 170 |
| B.4.4.8.6. RESERVED | $ N/A |
| TOTAL: | $ 135,649 |

B.4.5 GRAND TOTAL : The total ceiling price for the base period, all option years and one month extension is:

| | |
|---|---|
| Base Year Total: | $1,067,687 |
| Option Year One: | $1,082,043 |
| Option Year Two: | $1,310,378 |
| Option Year Three: | $1,293,918 |
| Option Year Four: | $ 939,636 |
| Two Month Extension: | $ 135,649 |
| | $5,829,311 |