**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARKO EXECUTIVE SERVICES, INC.** <br> **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 05-1193C; 06-0296C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S APPENDIX**

MICHAEL J. SHEA
Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593
Attorneys for Plaintiff

Dated October 19, 2006

# INDEX TO APPENDIX



| Document | | Page |
|---|---|---|
| 1. | Email Letter of Kirk Hoyer (sent March 23, 2005) | 1 |
| 2. | Modification No. 21 (dated March 21, 2005) | 3 |
| 3. | Storage Tech. Corp. v. CCL Serv. Corp. | 7 |
| 4. | Konitz Contracting, Inc., ASBCA | 9 |
| 5. | JJA Consultants, GSBCA | 11 |

> -----Original Message-----
> From: Hoyer, Kurt J
> Sent: Wednesday, March 23, 2005 2:48 PM
> To: 'jmarshal@greatguards.com'
> Cc: Evangelidou, Aliki C; Simmons, Edna D; Schurman, Christian J; Gallagher, Dennis J
> Subject: Arko extension
>
> The attached letter holds our reply to Mr. Shea and final decision on the matter.
>
> You will note that I have changed the 30 day extension to 60 days. We are working to get it all done in the shortest time frame possible but it seemed wiser to have some safety cushion.
>
> I do not intend to ask for another extension.
>
> > <<Nicosia Letter to Arko.doc>>
>
> Kurt Hoyer
> GSO
> US Embassy
> Nicosia, Cyprus
> 357 22 393939
> fax. 357 22 393929
>

Kurt Hoyer
US Embassy Nicosia
Cyprus

March 18, 2005

Mr. Ken Oringer
Executive Vice President, CFO
US Securities

RE: Contract No.: S-CYG00-00-0006
Letter from Michael Shea of 3/14/2005

Dear Mr. Oringer:

Mr. Shea, Counsel to Arko Executive Services, wrote me in detail outlining his position on the use of clause FAR 52.217-8, Option to Extend Services, for the extension of this contract for a period of 30 days as set forth in Modification 21 dated March 4 2005.

The Contracting Officer respectfully disagrees with Mr. Shea's interpretation of the clause. In addition, fearing that 30 days may not be enough the Embassy feels compelled to amend the extension to 60 days. This will allow enough time for the new contractor to be fully operational and will avoid having to extend later on. I have no intention of making any additional extensions under this clause.

Arko is therefore required to provide performance for the period of April 1, 2005 through May 31, 2005 in accordance with Modification 21 as amended.

If Arko wishes to pursue this matter as a dispute, please comply with the procedures set forth in FAR Subpart 33.2 Disputes and Appeals.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: S-CY600-00-C-0006

PAGE 1 OF PAGES 4

2. AMENDMENT/MODIFICATION NO.: Modification No. 21

3. EFFECTIVE DATE: April 1, 2005

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. *(If applicable)*:

6. ISSUED BY CODE

American Embassy
P.O. Box 24536
1385 Nicosia, Cyprus

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(NO., street, city, county, State, and ZIP Code)*

Arko Executive Services Inc.
2400 Herodian Way
Suite 350
Smyrna, Atlanta
Georgia 30080-8500
Tel: 770-955-7275
Fax: 770-955-5095

9a. AMENDMENT OF SOLICITATION NO.

9b. DATED *(SEE ITEM 11)*

X 10a. MODIFICATION OF CONTRACT/ORDER NO. S-CY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

10b. DATED *(SEE ITEM 13)* April 1, 2000

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment;(b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.** If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See attached.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.217-8 -- OPTION TO EXTEND SERVICES |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Pursuant to FAR clause 52.217-8 Option to Extend Services, this modification of Contract S-CY600-C-00-006 extends the contractual period, beginning April 1, 2005, through to April 30, 2005.

Funding Summary: Previous Contract Total $5,693,662. This modification $67,825. New Contract Total $5,761,487.

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Douglas Duncan
Project Manager

16A. NAME OF CONTRACTING OFFICER
Kurt J. Hoyer
General Services Officer

15B. NAME OF CONTRACTOR/OFFEROR
BY ________________
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Kurt Hoyer
*(Signature of Contracting Officer)*

16C. DATE SIGNED

SF30

**S-CY600-00-C-0006 - Arko Executive Services Inc.**

**Fiscal Data:**

19X4519.0001-5217525631-5217-5826-2554

19X0113.000H-12175S2501-1217-5821-2554

19X0113.000H-12175S2502-1217-5822-2554

19X0113.000H-12175S2503-1217-5823-2554

B.4.4.8.3. Reserved

B.4.4.8.4. Reserved

B.4.4.8.5. Materials or equipment reimbursed for additional or emergency services shall not exceed ( see B.2.6.):

$ 85

B.4.4.8.6. Reserved

B.4.4.8.7 ONE MONTH EXTENSION CONTRACT PRICE.

**April 1, 2005 - April 30, 2005**
**(1 month)**

| | | |
|---|---|---|
| B.4.4.8.1. | STANDARD SERVICES | $ 64,968 |
| B.4.4.8.2. | ADDITIONAL SERVICES | $ 2,772 |
| B.4.4.8.3. | RESERVED | $ N/A |
| B.4.4.8.4. | RESERVED | $ N/A |
| B.4.4.8.5. | REIMBURSABLE MATERIALS | $ 85 |
| B.4.4.8.6. | RESERVED | $ N/A |
| TOTAL: | | $ 67,825 |

B.4.5 GRAND TOTAL : The total ceiling price for the base period, all option years and one month extension is:

| | |
|---|---|
| Base Year Total: | $1,067,687 |
| Option Year One: | $1,082,043 |
| Option Year Two: | $1,310,378 |
| Option Year Three: | $1,293,918 |
| Option Year Four: | $ 939,636 |
| One Month Extension: | $ 67,825 |
| | $5,761,487 |

Note: The fourth page was a blank page.

Storage Tech. Corp. v. CCL Serv. Corp., 94 F. Supp. 2d 697

(D.Md. 2000)

**Citation Entry: 9**

Your Information:
Storage Tech. Corp. v. CCL Serv. Corp., 94 F. Supp. 2d 697 (D.Md. 2000)
Extracted from page: 1

WestCheck Information:
Storage Technology Corp. v. CCL Service Corp., 94 F.Supp.2d 697 (D.Md., 2000)

**KeyCite Request:** 94 F. Supp. 2d 697

**KeyCite**

**Citation:** 94 F.Supp.2d 697
Storage Technology Corp. v. CCL Service Corp., 94 F.Supp.2d 697 (D.Md., Apr 18, 2000) (NO. CIV. A. DKC98-4235) (CITATIONS)

**History**

No history cases/references were found for your request.

Konitz Contracting , Inc., ASBCA No. 52299, 2001 WL 965933 (2001)

(C) 2006 West Group 

---

**Citation Entry: 7**

Your Information:
Konitz Contracting , Inc., 2001 WL 965933 (2001)
Extracted from page: 1

WestCheck Information:
In re Appeal of Konitz Contracting, Inc.,
2001 WL 965933 (A.S.B.C.A.), 01-2 BCA P 31572, ASBCA No. 52299
(A.S.B.C.A., 2001)

---

**KeyCite Request:** 2001 WL 965933

**KeyCite**

**Citation:** 2001 WL 965933
In re Appeal of Konitz Contracting, Inc.,
2001 WL 965933 (A.S.B.C.A.), 01-2 BCA P 31572, ASBCA No. 52299
(A.S.B.C.A., Aug 20, 2001) (NO. F48608-96-D0007) (HISTORY)

**History**

No history cases/references were found for your request.

JJA Consultants v. Dep't of Treasury, GSBCA 16796-TD, 2006 WL 1918852 (2006)

(C) 2006 West Group 

**Citation Entry: 6**

Your Information:
JJA Consultants v. Dep't of Treasury, 2006 WL 1918852 (2006)
Extracted from page: 1

WestCheck Information:
JJA CONSULTANTS, APPELLANT, v. DEPARTMENT OF THE TREASURY, RESPONDENT., 2006 WL 1918852 (G.S.B.C.A.), 06-2 BCA P 33,343, GSBCA No. 16796-TD (G.S.B.C.A., 2006)

**KeyCite Request:** 2006 WL 1918852

**KeyCite**

**Citation:** 2006 WL 1918852
JJA CONSULTANTS, APPELLANT, v. DEPARTMENT OF THE TREASURY, RESPONDENT., 2006 WL 1918852 (G.S.B.C.A.), 06-2 BCA P 33,343, GSBCA No. 16796-TD (G.S.B.C.A., Jul 06, 2006) (CITATIONS)

**History**

No history cases/references were found for your request.