# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKO EXECUTIVE SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1193C; 06-0296C<br><br>JUDGE ALLEGRA |

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE APPENDIX FILED BY PLAINTIFF IN THIS ACTION

Pursuant to RCFC 7(b)(1), Plaintiff moves for leave to supplement Plaintiff's Appendix filed in connection with the Cross-Motions for Summary Judgment presently pending in this action. The grounds for this motion are set forth below, and the relief requested is that the proposed order granting leave to supplement attached to this motion be approved by the Court and entered.

### Grounds for Motion

Plaintiff seeks to include in the Appendix filed by the Plaintiff the Affidavit of Georgios Danos, dated November 1, 2006, a copy of which is attached hereto. Mr. Danos is the Area Manager for Plaintiff in Cyprus and was personally involved in directing the administration of the contract between Plaintiff and Defendant here in dispute. The information presented by the affidavit is already before the Court in previous filings by Plaintiff in this action. The representation of the information in the

affidavit of Mr. Danos will facilitate the work of the Court in its consideration of the pending cross motions and materially assist the Court in properly deciding the motions.

The overarching issues in dispute are legal issues. The pivotal issues are ones of contract interpretation and present questions of law, not questions of fact. Were the services rendered by Plaintiff in April and May 2005 "post-contract service" rendered during a "transition period?" Can FAR clause 52.217-8 be used to extend unilaterally beyond five years the duration of a contract that limits the maximum duration to five years? Upon receipt of the Government's filings on October 2, 2006, Plaintiff's counsel was of the view that an affidavit from George Danos, Plaintiff's Area Manager in Cyprus, who was actively involved in the administration of the contact in issue, would be helpful to the Court in its consideration of the issues in this case. Plaintiff's counsel prepared and filed timely on October 19, 2006, Plaintiff's Response to Defendant's Cross Motion and Plaintiff's Reply to Defendant's Response regarding uncontroverted facts and Plaintiff's Appendix, but was not able to arrange to secure the affidavit of Mr. Danos for filing at that time due to other heavy commitments and obligations and work-related travel.

Plaintiff also seeks to supplement Plaintiff's Appendix to include the March 14, 2005 letter of Plaintiff's counsel to the Contracting Officer, which outlined Plaintiff's position on the use here of FAR clause 52.217-8 and a copy of which is attached hereto. The Contracting Officer's March 22, 2005 Final Decision letter (the subject of which is "Contract No. S-CYG00-00-0006, letter from Michael Shea of 3/14/2005") states that the Contracting Officer "respectfully disagrees" with Plaintiff's counsel's interpretation of the clause but provides no explanation as to why he disagrees. Plaintiff submits that it

will be of material help for the Court to include this letter among the matters the Court considers in deciding the cross motions.

**Relief Sought**

Plaintiff requests that the Court approve and execute the attached proposed Order, granting Plaintiff's Motion for Leave to Supplement the Appendix Filed by Plaintiff.

Respectfully submitted,

/s/ MICHAEL J. SHEA
MICHAEL J. SHEA
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0161
Fax: (202) 637-3593

Of Counsel:
Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Phone: (202) 383-0140
Fax: (202) 637-3593

Dated this 3rd day of November 2006

Attachments: Proposed Order
Supplement to Plaintiff's Appendix, consisting of
- Cover
- Table of Contents
- Affidavit of Georgios Danos, dated November 1, 2005
- Letter of Plaintiff's Counsel to Contracting Officer, dated March 14, 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARKO EXECUTIVE SERVICES, INC.** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-1193C; 06-0296C** |
| | ) | |
| **THE UNITED STATES,** | ) | **JUDGE ALLEGRA** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

The Court, having considered the Plaintiff's Motion, filed November 3, 2006, for leave to supplement the Appendix filed by Plaintiff, hereby grants such motion, and Plaintiff's Appendix shall be supplemented to include the Affidavit of Georgios Danos, dated November 1, 2006, and the letter of Plaintiff's counsel to the Contracting Officer, dated March 14, 2005.

IT IS SO ORDERED.

______________________________
Francis M. Allegra
Judge