# In The United States Court of Federal Claims

Nos. 05-1193C, 06-0296C

(Filed: November 30, 2006)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on the parties cross-motions for summary judgement will be held in this case on Monday, January 22, 2007, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge