# In The United States Court of Federal Claims

Nos. 05-1193C, 06-0296C

(Filed: January 17, 2007)

---

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument on the parties' cross-motions for summary judgement that was originally scheduled for January 22, 2007, has been rescheduled for Wednesday, January 24, 2007, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge