# In The United States Court of Federal Claims

Nos. 05-1193C, 06-0296C

(Filed: January 25, 2007)

ARKO EXECUTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 24, 2007, the court held oral argument on the parties' cross-motions for summary judgement. Participating in the argument were Michael Shea for plaintiff and Michael James Dierberg for defendant. During the argument, the court raised the possibility of jurisdictional issues lurking in this case and indicated that further briefing would be required. Accordingly, the court adopts the following schedule:

1. On or before February 23, 2007, defendant shall file a brief indicating whether there is a jurisdictional defect in one or both of the consolidated cases and, if so, the nature thereof.

2. On or before March 23, 2007, plaintiff shall file its response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge