IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | ) | Nos. 05-1193 and 06-296 (Judge Allegra) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of three business days within which to file its supplemental brief pursuant to the Court's order dated January 25, 2007, addressing whether the Court lacks jurisdiction to entertain case number 06-296 based upon Sharman Co., Inc. v. United States, 2 F.3d 1564 (Fed. Cir. 1993). The Government's supplemental brief is currently due on February 23, 2007. If this motion for an enlargement of time is granted, the Government's supplemental brief would be due on or before February 28, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, ARKO Executive Services, Inc. ("ARKO") has indicated that ARKO is not opposed to this motion.

The requested enlargement of time is necessary because Government counsel has had limited time to prepare the supplemental brief due to responsibilities with respect to a bid protest in the Court of Federal Claims, ARINC Engineering Services, LLC v. United States, Fed. Cl. No. 07-0073, and because of a brief that Government counsel has had to prepare in the United States Court of Appeals for the Federal Circuit, Harms v. Nicholson, Fed. Cir. No. 07-7005,

currently due February 23, 2007, in addition to several other matters requiring Government counsel's attention. For these reasons, we respectfully request that the Court grant our motion for an enlargement of time of three business days within which to file our supplemental brief, through and including February 28, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

February 22, 2007

Attorneys for Defendant