# In the United States Court of Federal Claims

**Nos. 05-1193 C and 06-296 C**

**ARKO EXECUTIVE SERVICES, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed September 12, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant and the complaints are dismissed.

Brian Bishop
Clerk of Court

September 26, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.