#067372

FILED
NOV 16 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

Nos. 05-1193C and 06-0296C

**ARKO EXECUTIVE SERVICES, INC.,**

**Plaintiff,**

**THE UNITED STATES,**

**Defendant.**

**NOTICE OF APPEAL**

Notice is hereby given that Arko Executive Services, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 26, 2007.

Dated this 16th day of November 2007.

By: [signature]

Michael J. Shea
Lewis S. Wiener
Attorneys for Appellant
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 2004-2415
Phone: (202) 383-0100
Fax: (202) 637-3593